UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RANDOLPH WILLIAMS, III** | * | No. 19-12841 c/w 19-14234 *pertains to 19-12841* |
| | * | SECTION "T" (3) |
| **VERSUS** | | |
| | * | JUDGE GUIDRY |
| **ALEJANDRO MAYORKAS, SECRETARY, DEPARTMENT OF HOMELAND SECURITY** | * | MAGISTRATE DOUGLAS |
| * * * | | |

## MOTION TO RECONSIDER

**NOW INTO COURT,** through undersigned Assistant United States Attorney, comes defendant, Alejandro Mayorkas, Secretary, Department of Homeland Security, who respectfully moves, pursuant to Rule 59(e) of the Federal Rules of Civil Procedure, this Honorable Court to reconsider its Order (Rec. Doc. 94) denying Defendant's Motion for Summary Judgment.

Defendant's motion for summary judgment made three alternative arguments as to why Plaintiff Randolph William's suit should be dismissed. The Court's Order addressed only the first argument, namely, the timeliness of the Plaintiff's administrative claim. The Court did not address whether Plaintiff established a prima facie case or whether Plaintiff established pretext. Accordingly, Defendant seeks a ruling on the two arguments not addressed in the Court's Order.

**WHEREFORE,** defendant, Alejandro Mayorkas, Secretary, Department of Homeland Security, prays that this motion be granted and that the Court reconsider its Order.

Respectfully Submitted,

**DUANE A. EVANS**
**UNITED STATES ATTORNEY**

1

        **BY:**    <u>*s/Sandra Ema Gutierrez*</u>
                    **SANDRA EMA GUTIERREZ**
                    Assistant United States Attorney
                    LA Bar Roll No. 17888
                    650 Poydras Street, Suite 1600
                    New Orleans, Louisiana 70130
                    Telephone:   (504) 680-3000
                    Sandra.gutierrez@usdoj.gov