UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RANDOLPH WILLIAMS, III** | * | No. 19-12841 c/w 19-14234<br>*pertains to 19-12841* |
| | * | SECTION "T" (3) |
| **VERSUS** | | |
| | * | JUDGE GUIDRY |
| **ALEJANDRO MAYORKAS, SECRETARY, DEPARTMENT OF HOMELAND SECURITY** | * | MAGISTRATE DOUGLAS |
| * * * | | |

**NOTICE OF SUBMISSION**

**TO:** *Randolph Williams, III, plaintiff*
*through attorney of record*
Kevin S. Vogeltanz, Esq.
823 Carroll Street, Suite A
Mandeville, Louisiana 70448

**PLEASE TAKE NOTICE** that the foregoing Motion to Reconsider will be submitted for hearing on January 19, 2022 at 10:00 a.m., before the Honorable Greg G. Guidry, United States District Judge, United States Courthouse, 500 Poydras Street, New Orleans, Louisiana.

Respectfully submitted,

DUANE A. EVANS
UNITED STATES ATTORNEY

  */s/ Sandra Ema Gutierrez*
**SANDRA EMA GUTIERREZ**
Assistant United States Attorney
LA Bar Roll No. 17888
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
(504) 680-3000
sandra.gutierrez@usdoj.gov

1