IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RANDOLPH WILLIAMS III**<br><br>Plaintiff,<br><br>v.<br><br>**ALEJANDRO MAYORKAS, SECRETARY, DEPARTMENT OF HOMELAND SECURITY**<br><br>Defendant. | CIV. NO. 2:19-CV-12841-GGG-DMD<br>Consolidated with:<br>CIV. NO. 2:19-CV-14234<br><br>This Document Pertains to ALL CASES |

**PLAINTIFFS' UNOPPOSED MOTION TO
EXTEND PARTIES' DEADLINE TO CONVENE SETTLEMENT CONFERENCE**

Pursuant to Fed. R. Civ. P. 16(b)(4), plaintiffs Randolph Williams, III and Jon Joyner respectfully move the court, ex parte, to extend the parties' deadline to convene a settlement conference in both of their consolidated cases – *Williams v. Mayorkas*, No. 2:19-CV-12841 and *Joyner v. Mayorkas*, No. 2:19-CV-14234 – through May 10, 2022.

The Court's pre-trial conference is set for April 28.  Trial is set for May 23.  Ordinarily, the Court's scheduling order would require the parties to mediate no later than April 14 (two weeks before the pre-trial conference date).  However, here, because of the scheduling and other reasons described below, the parties essentially ask permission to mediate before the assigned Magistrate Judge after the Court's pre-trial conference but before the trial date.

Good cause exists to grant the request.  The parties previously attended a settlement conference in the *Williams* case in December 2020 (*see* Doc. 62).  The parties were unable to resolve the matter and the *Williams* litigation continued.  On October 14, 2021, this Court ordered the *Williams* and *Joyner* cases be consolidated (*see* Doc. 95).  As present, the Court's most recent scheduling order in the *Joyner* matter (entered prior to consolidation) now controls the remaining

1

scheduling obligations in both cases (*see* Doc. 101).  Per the Court's current scheduling order, the parties are required to attend a settlement conference before the assigned Magistrate Judge no later than two weeks prior to the Court's pre-trial conference, which is set for April 28.

However, despite best efforts, the parties only completed discovery in the *Joyner* matter on March 31, 2022 (still within the Court's previously extended discovery period – *see* Doc. 108). Plaintiff's counsel contacted chambers for the assigned Magistrate Judge for available settlement conference dates, but not all parties were available on any of the given days prior to the Court's pre-trial conference date.  However, all parties and the Magistrate Judge are available on May 10, 2022, and the parties respectfully ask the Court to permit them to participate in their settlement conference on May 10 (which is still 13 days prior to the trial date).

WHEREFORE, plaintiffs Randolph Williams, III and Jon Joyner respectfully move the Court, ex parte, to extend the parties' deadline to convene a settlement conference in both cases, 2:19-CV-12841 and 2:19-CV-14234, through May 10, 2022.

Respectfully submitted:

/s/ Alec W. Szczechowski (LA Bar #38422)
Kevin S. Vogeltanz, TA (Bar #32746)
Alec W. Szczechowski (LA Bar #38422)
The Law Office of Kevin S. Vogeltanz, LLC
823 Carroll Street, Suite A / Mandeville, LA 70448
Telephone:  (504) 275-5149
Facsimile:  (504) 910-1704
Email: vogeltanz@gmail.com
Email: alec@vogeltanz.law

*Attorneys for Randolph Williams, III & Jon Joyner*

## LOCAL RULE 5.4 CERTIFICATION

Pursuant to Local Rule 5.4, no certificate of service is required for this motion because all parties are electronic filers and will receive notice through the court's electronic filing system.

/s/ Alec W. Szczechowski

3

## **CERTIFICATION OF NON-OBJECTION**

     I certify that opposing counsel has been contacted in this matter and that no party objections to this motion.

                                          /s/ Alec W. Szczechowski