CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES THIS IS AN IMPORTANT RECORD. SAFEGUARD IT.

Case 2:19-cv-12841-GGG-DMD    Document 114-2    Filed 04/11/22    Page 1

| EXHIBIT |
|---------|
| A |

# CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

| 1. NAME (Last, First, Middle) | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NO. |
|---|---|---|
| JOYNER Jon Patrick | USMC-11 | 219 72 6960 |

| 4.a. GRADE, RATE OR RANK | 4.b. PAY GRADE | 5. DATE OF BIRTH (YYMMDD) | 6. RESERVE OBLIG. TERM. DATE |
|---|---|---|---|
| Cpl | E-4 | 721014 | Year 98 Month 06 Day 25 |

| 7.a. PLACE OF ENTRY INTO ACTIVE DUTY | 7.b. HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known) |
|---|---|
| MEPS Baltimore, MD | 2904 Clifton Avenue Baltimore, MD 21216 |

| 8.a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | 8.b. STATION WHERE SEPARATED |
|---|---|
| 2d IntelCo, HqSvcBn, 2d SRIG, II MEF | HqSvcBn, 2d SRIG, II MEF (RUC 20361) |

| 9. COMMAND TO WHICH TRANSFERRED | 10. SGLI COVERAGE | None |
|---|---|---|
| Marine Corps Reserve Support Center Kansas City, MO (RUC 36005) | Amount: $ 200,000.00 | |

| 11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.) | 12. RECORD OF SERVICE | Year(s) | Month(s) | Day(s) |
|---|---|---|---|---|
| | a. Date Entered AD This Period | 90 | 09 | 17 |
| | b. Separation Date This Period | 96 | 09 | 16 |
| 2531 - Field Radio Operator | c. Net Active Service This Period | 06 | 00 | 00 |
| 5 years 5 months | d. Total Prior Active Service | 00 | 00 | 00 |
| | e. Total Prior Inactive Service | 00 | 02 | 21 |
| 9962 - Basic Parachutist | f. Foreign Service | 00 | 00 | 00 |
| 5 years 2 months | g. Sea Service | 00 | 00 | 00 |
| | h. Effective Date of Pay Grade | 94 | 04 | 01 |

| 13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service) |
|---|
| Good Conduct Medal w/1*, National Defense Service Medal, Certificate of Appreciation, Letter of Appreciation, Rifle Marksmanship Badge |

| 14. MILITARY EDUCATION (Course title, number of weeks, and month and year completed) |
|---|
| Field Radio Operator Crs 8wks Mar91, Basic Airborne Crs 3wks Jul91, Remote Sensors Crs 5wks Sep93, Driver Improvement Crs May91, Helicopter, Rope, Suspension, Training, Masters Crs Apr92, Emergency Medical Technician Basic Crs Aug95, |

| 15.a. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM | Yes | No | 15.b. HIGH SCHOOL GRADUATE OR EQUIVALENT | Yes | No | 16. DAYS ACCRUED LEAVE PAID |
|---|---|---|---|---|---|---|
| | | X | | X | | RLB 1.5 SLB 0.0 |

| 17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | X | Yes | | No |
|---|---|---|---|---|

| 18. REMARKS |
|---|
| "Good Conduct Medal period commenced on 960917." "Subject to active duty recall and or annual screening." "Not a final Discharge." "SNM contributed 1,200.00 to MGIB." "While a member of the Marine Corps Reserve, you will keep the Director, MCRSC (Toll free 1-800-255-5082, or if within the State of Dansas call commercial (913) 236-3108; if AUTOVON is available, call 465-3110) informed of any change of address, marital status, number of dependents, civilian employment, or physical standards." |

| 19.a. MAILING ADDRESS AFTER SEPARATION (Include Zip Code) | 19.b. NEAREST RELATIVE (Name and address - include Zip Code) |
|---|---|
| 1536 North Gate Rd Baltimore, MD 21218 | Barbara J Joyner (Mother) Same as 19.a. |

| 20. MEMBER REQUESTS COPY 6 BE SENT TO MD DIR. OF VET AFFAIRS | X | Yes | | No | 22. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title and signature) |
|---|---|---|---|---|---|
| 21. SIGNATURE OF MEMBER BEING SEPARATED | | | | | M. I. HOMAN, GYSGT, PERS CHIEF |

| SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only) |
|---|

| 23. TYPE OF SEPARATION | 24. CHARACTER OF SERVICE (Include upgrades) |
|---|---|
| Released from active duty | HONORABLE |

| 25. SEPARATION AUTHORITY | 26. SEPARATION CODE | 27. REENTRY CODE |
|---|---|---|
| MARCORSEPMAN par 1005 | MBK1 | RE-1A |

| 28. NARRATIVE REASON FOR SEPARATION |
|---|
| Completion of Required Active Service (USMC) EAS. |

| 29. DATES OF TIME LOST DURING THIS PERIOD | 30. MEMBER REQUESTS COPY 4 |
|---|---|
| NONE | JPJ Initials |

0008

DD Form 214, NOV 88   S/N 0102-LF-006-5500 Previous editions are obsolete.

MEMBER - 4