UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**EXHIBIT**
**B**

JON JOYNER

NO. 19-CV-14234
SECTION "T"(3)
VERSUS                          JUDGE GUIDRY
MAGISTRATE DOUGLAS

ALEJANDRO MAYORKAS,
SECRETARY, DEPARTMENT OF
HOMELAND SECURITY


WEBEX DEPOSITION OF JON P. JOYNER,
6770 NORTH SHADOW RUN DRIVE, TUSCON,
ARIZONA, 85704, TAKEN ON WEDNESDAY, THE
9TH DAY OF FEBRUARY, 2022, COMMENCING AT
1:07 P.M.


APPEARANCES:

APPEARING BY WEBEX
  LAW OFFICES OF KEVIN S. VOGELTANZ
  ATTORNEYS AT LAW
  BY:  KEVIN S. VOGELTANZ, ESQUIRE
  823 CARROLL STREET, SUITE A
  MANDEVILLE, LOUISIANA  70448

      ATTORNEYS FOR PLAINTIFF

APPEARING BY WEBEX
  UNITED STATES ATTORNEY'S OFFICE
  ATTORNEYS AT LAW
  BY:  SANDRA EMA GUTIERREZ, ESQUIRE
  650 POYDRAS STREET, SUITE 1600
  NEW ORLEANS, LOUISIANA  70130

      ATTORNEYS FOR ALEJANDRO MAYORKAS,
      SECRETARY, DEPARTMENT OF HOMELAND
      SECURITY

 1          Q.    And you retired on August

 2    28th, 2021?

 3          A.    Yes.  That was my formal

 4    retirement date.

 5          Q.    Or the effective date?

 6          A.    Effective date, yes.

 7          Q.    When did you actually stop

 8    showing up as watch commander?  I believe

 9    that was your last job.

10          A.    In January of, the end of

11    January 2021.

12          Q.    The end of January 2021?

13          A.    Yes.

14          Q.    And how did you go out?  Like

15    how is the -- how was your absence covered

16    from the end of January of 2021 until the

17    end of August 2021?

18          A.    Via accrued sick leave and

19    annual leave.

20          Q.    Did you work during that time

21    outside of the federal government?

22          A.    No.

23          Q.    Did you ever have any

24    businesses?

25          A.    No.  I've never had a

1          A.     He is my stepson.

2          Q.     And Athena Starks?

3          A.     She's my stepdaughter.

4          Q.     And then prior to your living

5     in Tucson, Arizona, you have here listed

6     on page 2 that you lived in Kiln,

7     Mississippi?

8          A.     Yes.

9          Q.     And how long were you in Kiln,

10    Mississippi?

11         A.     For just about the duration of

12    my time working in New Orleans Sector.   I

13    believe we moved in there 2018 or so, and

14    then I moved out when I transferred to

15    Lordsburg in around April 2020.

16         Q.     Okay.   Now, for the next page

17    Interrogatory Number 2, Interrogatory

18    Number 2 was seeking out any suspensions,

19    reprimands, Letters of Warning or any

20    negative evaluations or informal

21    counseling.

22              As you can see by your

23    response, the very last sentence you have,

24    "To the best of Mr. Joyner's recollection,

25    this is the only performance counseling

1    that he has ever received during his

2    career at the U.S. Border Patrol, as a

3    U.S. Border patrol agent.

4              And that was the discussion

5    about Mr. Bullock having disciplined you.

6    My question to you is:  Did you have --

7    you limit your response in the last

8    question to performance counseling, and

9    that was not the question.

10             The question was any

11   disciplinary action or counseling.  Did

12   you have anything else other than what you

13   describe here with Mr. Bullock?

14        A.    No.

15        Q.    Okay.  Now to Number 4.

16   Number 4 was looking for the positions you

17   held at Customs and Border Patrol, and you

18   list in chronological, reverse

19   chronological order, but I want to go in

20   chronological order.

21             So my question to you is:

22   When did you first get promoted to a

23   GS-14?

24        A.    I was first promoted to GS-14

25   I believe in 2012 as a watch commander.

1        Q.     And where was that?

2        A.     Tucson Station, Tucson,

3    Arizona.

4        Q.     And had you applied -- how did

5    you apply for that promotion?

6        A.     I applied for that promotion,

7    the Border Patrol was transitioning rank

8    structures.  So the position of watch

9    commander was a newly formed position.  So

10   that wasn't a position that had existed

11   previously.

12       Q.     Okay.

13       A.     So at the time I was holding

14   the position of -- the similar position of

15   watch commander would have been field

16   operations supervisor or special

17   operations supervisor, depending on the

18   structure of the station.

19              So I had already held the

20   position of field operations supervisor,

21   which was essentially a watch commander.

22   And when the upgrades, this was at the

23   GS-13 level, they upgraded watch commander

24   to a GS-14 level, you had to apply for it.

25              They also concurrently opened

1          Q.    And you took a downgrade?

2          A.    Yes.

3          Q.    And why did you do that?

4          A.    Because Puerto Rico had just

5     been hit with Hurricane Maria, so it was

6     basically unlivable.  So I had moved my

7     family back to the -- I had moved my

8     family back to the states so they had

9     evacuated Puerto Rico.

10              And at that point I was again

11    still looking to broaden my experience

12    level, but I didn't feel like I could

13    bring my family back to Puerto Rico.

14              I applied in New Orleans which

15    was still a coastal sector.  I was trying

16    to gain more experience in coastal

17    sectors.

18          Q.    Okay.  And what was your

19    position when you first moved to the New

20    Orleans Sector in March of 2018?

21          A.    Patrol agent in charge.

22          Q.    And who selected you for that

23    position?

24          A.    Chief Joe Banco.

25          Q.    And then it seems you stayed

1    in New Orleans until you went to El Paso?

2         A.    Yes.  El Paso Sector,

3    Lordsburg Station.

4         Q.    I'm sorry.  You moved -- I

5    didn't hear you because I was coughing.

6    You moved to El Paso, Texas?

7         A.    No.  I transferred to El Paso

8    Sector.  Lordsburg Station is within El

9    Paso Sector.

10         Q.    Okay.  And where is that?

11         A.    Lordsburg is just, just east

12    of the Arizona/New Mexico border,

13    approximately maybe 20 miles or so.

14         Q.    And was that a promotion?

15         A.    No.  It was a promotion in

16    grade, but not title.

17         Q.    So you went from patrol agent

18    in charge in the New Orleans Sector to

19    patrol agent in charge at the El Paso

20    Sector?

21         A.    No.  I went from -- I went

22    from patrol agent in charge in New Orleans

23    Sector, Gulfport Station to watch

24    commander at Lordsburg Station in the El

25    Paso Sector.

1    -- scratch that.

2              Do you believe that Mr.

3    Bullock gave a negative review of your

4    work when you applied for the El Paso

5    Sector watch commander position 2020?

6         A.    For Lordsburg Station, is that

7    the one you're referring to?

8         Q.    Your last position before you

9    retired.

10        A.    I believe that I had

11   previously worked with the selecting

12   officials or the selecting -- the patrol

13   agent in charge of Lordsburg Station.  So

14   the Lordsburg.  So he vouched, I believe

15   he vouched for my work.

16        Q.    Okay.  This is supposition?

17   This is just your guess?

18        A.    That's my guess, yes.

19        Q.    Oh, okay.  But no one's ever

20   told you?

21        A.    No.

22        Q.    Okay.

23        A.    I mean, well, he told me.  I

24   mean, the patrol agent in charge of

25   Lordsburg Station told me that when he saw

1         A.    Out of the context of being

2    blackballed, no.

3         Q.    Can you imagine any rational

4    legitimate business reason what an agent

5    with your experience would lose out 50

6    jobs in three years?

7         A.    No.

8         Q.    Is it true that at one point

9    in your career you were the highest ranked

10   black Border Patrol agent in the entire

11   United States Border Patrol?

12        A.    Yes.

13        Q.    And what was your position

14   when you were the highest ranked agent?

15        A.    Division chief of law

16   enforcement operations for Puerto Rico and

17   U.S. Virgin Islands.

18        Q.    Did you -- in your own

19   opinion, did you somehow get worse at your

20   job?  You know, when you were at that

21   highest rank, did you just become bad at

22   your job after that?

23        A.    No.

24        Q.    Did you continue to improve

25   your skill set and your knowledge and your