Brian Hastings
March 31, 2022

**EXHIBIT E**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RANDOLPH WILLIAMS III

    Plaintiff,

  v.

ALEJANDRO MAYORKAS,
SECRETARY, DEPARTMENT OF
HOMELAND SECURITY

    Defendant.

               CIVIL NO. 2:19-CV-12841-GGG-DMD
                Consolidated with:
                CIV. NO. 2:19-CV-12841

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

TRANSCRIPT OF THE VIDEOCONFERENCE DEPOSITION OF:

BRIAN HASTINGS,

LOCATED AT UNITED STATES BORDER PATROL, EDINBURG,

TEXAS, TAKEN ON BEHALF OF PLAINTIFF, REPORTED IN THE

ABOVE ENTITLED AND NUMBERED CAUSE BY YOLANDA J. PENA,

CERTIFIED COURT REPORTER FOR THE STATE OF LOUISIANA.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

REPORTED AT:

PRAIRIEVILLE, LOUISIANA  70769

COMMENCING AT 10:31 A.M., ON MARCH 31, 2022.

1       But that's -- I have not been directly
2  involved in those conversations.  That's more mission
3  support, Mission Readiness Operations Directorate.  But
4  I have -- I've been briefed on what we were focusing --
5  "we," border patrol, are focusing on hiring and where
6  we have the most success in hiring so we can spend
7  our -- quite frankly, our funding and our resources
8  wisely to hire.  But specifically, breakdown of those
9  demographics, I haven't been a part of any of those
10  workgroups.
11       Q.   Would you agree or disagree that the number of
12  black or African American agents in the border
13  patrol -- that black or African American agents are
14  under-represented, I suppose I should say,
15  statistically in the border patrol?
16       A.   Statistically, there are not a lot of African
17  Americans and not a lot of -- frankly, a lot of
18  females.  And I believe, as we discussed last time --
19  and I -- from my knowledge, I think a lot of that is
20  because we recruit very heavily and successfully
21  directly on the border with folks who generally are
22  from the border area and have familiarity of growing up
23  and seeing border patrol out and about and knowing what
24  we do and they're willing to live in some of the
25  difficult -- train -- difficult environments, difficult

1        kind of -- remote, if you will.
2                  A lot of our stations and sectors are very
3        remote, and so I think it's difficult to hire, period.
4        That's one of the things that we consistently see,
5        except we do have pretty good luck in hiring in border
6        communities themselves.
7             Q.   Based on what we talked about last time, you
8        and I, Mr. Hastings, the last time we were together,
9        you understand that in 2018 Gregory Bovino recommended
10       Chris Bullock to be one of the new division chiefs in
11       New Orleans Sector, and that decision was confirmed by
12       headquarters.  Is that still your understanding?
13            A.   It is.
14            Q.   And just because I'm not looking at the notes
15       and you're right here, can you remind me who was the
16       selecting official for that selection?
17            A.   So Scott Luck, I believe -- as we discussed
18       last time, I think Scott signed off on it.  I was not
19       at border patrol headquarters at that time.  I had
20       returned back to Buffalo and was actually doing my ECQs
21       for the senior executive services.
22                 So as we discussed last time, it was -- I
23       think Chief Luck told Richard Hudson, who was the
24       acting chief of Law Enforcement Operations Directorate
25       at the time, to call me and run it through me.  I think

1       division chief of law enforcement operations for Ramey
2       Sector in Puerto Rico?
3            A.   I do believe I recall seeing that on his
4       resume at some point.
5            Q.   Sitting here today, do you have any reason to
6       believe -- now, he's just retired.  But do you have any
7       reason to believe that Mr. Joyner was not an effective,
8       skilled border patrol agent during his career?
9            A.   Personal work with him, no, I have no personal
10      knowledge of working with him.  I had heard, even at
11      various points in Tucson, that he wasn't the hardest
12      worker, but I had nothing to personally base that on
13      because I had never personally worked with him.
14           Q.   It's fascinating.  When you're a lawyer and
15      you have these types of cases, you learn things you
16      might not otherwise ever learn.  I feel like I know
17      more about the border patrol than most people that are
18      not border patrol agents at this point.  And one of the
19      things I've learned about is, kind of, New Orleans
20      Sector and its mission and its assets and its
21      capabilities and its jurisdictional territory and, kind
22      of, similar things about other sectors, including Ramey
23      Sector.
24                Compare or contrast New Orleans Sector in
25      terms of its mission and its assets and its

1       capabilities with Ramey Sector, if you can.

2            A.   Both -- well, I'll start out with both are

3       very small sectors.  Resource-wise or manpower-wise,

4       personnel, employees, both probably similar because

5       very small in agent size or in total employees, very

6       small with mission support to assist with the mission.

7       They're both very small sectors with very limited

8       resources.

9                 Their flow differs a little bit by flow.  I'll

10      say what they encounter, as far as illegal activity, is

11      pretty minimal.  Puerto Rico, Ramey, encounters a

12      little bit more than New Orleans.  Specifically from

13      the Dominican Republic and from other locations, they

14      have some illegal immigration that comes onto the

15      island.  They also have a -- at certain times, a high

16      amount -- or fairly high amount volume of narcotics

17      that come onto the island as well, that are trafficked

18      through the island into the mainland of Florida and

19      other places within the U.S.

20                But as far as those two sectors, both

21      nationwide, compared to like Southwest border, the

22      complexity of the Southwest border -- and I say this

23      having worked on the Northern border in both Detroit

24      Sector and Buffalo Sector.  The complexity of most of

25      the sectors on the Southwest border, there's a lot more

|     |                                                              |
|-----|--------------------------------------------------------------|
| 1   | grant, which Stonegarden grant is with state and local       |
| 2   | law enforcement to support the border operations             |
| 3   | mission.  They also run our foreign operations branch        |
| 4   | closely with our partners from Mexico.  The primary job      |
| 5   | is liaison to other agencies.                                |
| 6   |      Q.   And would you agree with me that, because         |
| 7   | New Orleans Sector and Ramey Sector just have less           |
| 8   | manpower and assets and, as I think you just described,      |
| 9   | you know, maritime capabilities, that a division chief       |
| 10  | of those sectors has to also be fluent and capable in        |
| 11  | liaising and coordinating with local law enforcement         |
| 12  | entities?                                                    |
| 13  |      A.   They do have to, yes, because they depend upon    |
| 14  | good partnerships, good relations to cover the coast         |
| 15  | and call and inform them if they see anything entering       |
| 16  | the country illegally.  Yes.                                 |
| 17  |      Q.   The last time you and I spoke, we had reviewed    |
| 18  | some emails between Chris Bullock and Greg Bovino, and       |
| 19  | one of the emails depicted -- or tried to depict Greg        |
| 20  | Bovino and the sector staff in New Orleans Sector and        |
| 21  | the -- all hands of the New Orleans Sector as different      |
| 22  | Civil War-era people or images.  Do you remember             |
| 23  | talking about that?                                          |
| 24  |      A.   I do remember.                                    |
| 25  |      Q.   And I think that during our deposition, you       |

1       had indicated that you had not seen those knowledge
2       images or those emails before I showed them to you.  Is
3       that right?
4               A.   Correct.
5               Q.   And I think that during our deposition, you
6       had indicated or I had asked you and you responded in
7       the affirmative that you would feel it necessary to
8       report those emails and images up the chain of command
9       for a possible investigation.  Do you remember that?
10              A.   Yep.
11              Q.   Since we talked, did you actually report any
12      to anybody any of those emails or images for
13      investigation?
14              A.   I ensured that they had been turned in, and
15      they have been turned in to the Joint Intake Center.
16      So they were submitted to the Joint Intake Center.
17              Q.   To the best of your knowledge, have you looked
18      into it?  Were you the first person who submitted them
19      to the Joint Intake Center, or had somebody else
20      already submitted them?
21              A.   They had been submitted, my understanding.
22              Q.   Do you know, was Mr. Bovino ever investigated
23      for any misconduct related to those emails and images?
24              A.   I wouldn't have knowledge now because I'm not
25      in the position to see any of those -- what's going on