Gregory Bovino
November 30, 2020

EXHIBIT
I

1

```
 1            UNITED STATES DISTRICT COURT

 2                  EASTERN DISTRICT

 3                 STATE OF LOUISIANA

 4

 5   NO. 2:19-CV-12841

 6

 7

 8            RANDOLPH WILLIAMS, III

 9                    VERSUS

10   KEVIN K. MCALEENAN, ACTING SECRETARY, UNITED STATES

11        DEPARTMENT OF HOMELAND SECURITY

12

13

14                   DEPOSITION

15

16    The deposition of Mr. Gregory Bovino, taken via

17     videoconference, on Monday, the 30th day of

18            November, 2020 at 11:00 A.M.

19

20

21   REPORTED BY:

22   NICOLE TAGERT, CCR

23   CERTIFIED COURT REPORTER

24   CERTIFICATE NO. 2013-012

25
```

Gregory Bovino
November 30, 2020

1    shocked if you were the first one to ever do so.

2            But you understand that that's the

3    allegation?  You dispute it, but you knew, before I

4    just told you, that that's what Mr. Williams is

5    alleging, right?

6        A    Yes, I understand there's an allegation.

7        Q    So because it's a race case, we have to

8    talk about race.  But a lot of Americans feel

9    uncomfortable talking about race, that's fine, but

10   we have to do it, nevertheless.

11           So today, I'm going to ask you questions

12   about people's races.  But when I do that, Mr.

13   Bovino, I'm not asking you to testify about what

14   someone's race actually is.  I am not asking you to

15   tell me what race someone considers themselves to

16   be.  I'm not going to ask you those questions.

17           I'm only going to ask you questions about

18   your personal perceptions of a person's race.  So,

19   for instance, you can see me on the video screen,

20   right?

21       A    Yes.

22       Q    Okay.  What race do I appear to you to be?

23       A    I don't know.

24       Q    That's okay.  That's why we kind of go

25   through this exercise.  Some people are afraid to

1    even use a racial word, but we have to do it.  So

2    when you say that you don't know what race you

3    perceive me to be, explain how that's possible.

4        A    Because I don't know.  It's not something

5    that is easily explainable, but I can't tell.

6        Q    Sure.  And again, I'm not asking you to

7    tell me what race I consider myself to be.  I'm not

8    asking you to tell me what race I am.  I'm only

9    asking you to tell me, as you look at me, in your

10   mind, what race do you perceive me to be?

11       A    I don't know.

12       Q    Fair enough.  Have you ever met Randolph

13   Williams before?

14       A    Yes.

15       Q    What race do you perceive Mr. Williams to

16   be?

17       A    Black.

18       Q    Now, I'm going to put on the record that

19   that was like a ten-second pause.  Why did it take

20   you so long to answer that you perceive Mr. Williams

21   as being black?

22       A    Because I didn't know for sure.

23       Q    Sure.  But I didn't ask you what he was

24   for sure.  I know you don't know that.  Why did it

25   take you so long to just tell me what you perceived

Gregory Bovino
November 30, 2020

 1    him to be?

 2         A    I don't know.

 3         Q    Think about it.  That's a really weird

 4    thing that you just did.  I said you met

 5    Mr. Williams many times, you were his chief patrol

 6    agent.  He's obviously black, and yet it took you

 7    ten seconds to tell me that you perceived him to be

 8    black.  Explain that.

 9         A    I don't know why.  I've given a pause to

10    all my answers.

11         Q    Why is that?  Why are you pausing so long

12    between all of your answers?

13         A    To ensure that I answer the question.

14         Q    That's fine.  Now, if you perceive

15    Mr. Williams to be black, let's try it again with

16    me.  What race do you perceive me to be?  Now I

17    clearly know that you know how to perceive someone's

18    race.  Mr. Williams is, in fact, black.  You

19    perceive that he's black.  It took you a long time,

20    but you answered it.

21              So we'll come back to me.  What race do

22    you perceive me to be, Mr. Bovino?

23         A    I don't know.

24         Q    Why is it that you can tell that a black

25    man is black, but you can't tell that I'm white?

Gregory Bovino
November 30, 2020

34

1    Why is that?

2        A    Because of statements made by the

3    individual.

4        Q    Fair enough.  So, Mr. Williams -- you've

5    heard Mr. Williams describe himself as black; is

6    that correct?

7        A    I can't remember the exact description,

8    but, yes.

9        Q    In what context would Mr. Williams have

10   been talking about his blackness with you?

11       A    I don't recall the specific conversation.

12       Q    Okay.  Then how do you know a conversation

13   happened at all?

14       A    Because I remember one taking place.

15       Q    Well, if you remember it taking place,

16   what was discussed?

17       A    I don't remember the specifics of the

18   conversation.

19       Q    Then what's the gist of the conversation?

20       A    Mr. Williams said that he was black or

21   African-American.

22       Q    And this was a one-on-one conversation or

23   in a group setting?

24       A    I believe it was in a group setting.

25       Q    Do you frequently discuss race as a topic

Gregory Bovino
November 30, 2020

35

```
 1     in group settings at New Orleans Sector?
 2          A    Yes.
 3          Q    And for what reason would you have been
 4     doing that?
 5          A    I was a guest speaker at the NOBLE
 6     conference and, at the staff meeting, I did discuss
 7     that I was speaking at the NOBLE conference.
 8          Q    What is the NOBLE conference?
 9          A    NOBLE stands for, approximately, National
10     Organization for Black Law Enforcement Officers,
11     conference that I was invited to speak at.
12          Q    And what year were you invited to speak at
13     NOBLE?
14          A    Say again.
15          Q    What year were you invited to speak at the
16     conference?
17          A    That was 2019 or 2020.  I can't remember.
18          Q    And on what topic did you speak?
19          A    Border patrol.
20          Q    In -- what's the four-sentence gist of
21     your remarks?
22          A    Say it again.
23          Q    Sure.  Sum up your entire topic for me in
24     four sentences or less.
25          A    I talked about the U.S. Border Patrol to
```

Gregory Bovino
November 30, 2020

```
 1     NOBLE attendees.
 2          Q    Did your remarks have anything to do with
 3     race in the border patrol or otherwise?
 4          A    I can't remember my speech.
 5          Q    What about John Joyner?  He previously
 6     served under your command at New Orleans Sector,
 7     correct?
 8          A    Yes.
 9          Q    And what race did you perceive him to be?
10          A    I don't know.
11          Q    You've seen John Joyner before with your
12     own eyes, correct?
13          A    Yes.
14          Q    Describe for me how you don't know that
15     John Joyner is a black man.  Explain that to me.
16          A    He didn't tell me.
17          Q    All right.  What race is Christopher
18     Bullock, or what do you perceive -- strike the
19     question.  I'll make it easier on you.
20               What race do you perceive Christopher
21     Bullock to be?
22          A    I know that Christopher Bullock is an
23     Asian-Pacific Islander.
24          Q    Because he's told you that, correct?
25          A    Yes.
```

Gregory Bovino
November 30, 2020

37

        Q    Teresa Pedregon, what race or ethnicity do
1  you perceive her to be?
2
3       A    I don't know.
4       Q    I forget his first name -- what was the
5  name of the man that served underneath you in the
6  New Orleans Sector?  His last name was Rivet.  His
7  first name is R.  Help me out.
8       A    I believe his name was Robert Rivet.
9       Q    That's right.  What race did you perceive
10 Mr. Rivet to be?
11      A    I didn't know.
12      Q    Is it your testimony, Mr. Bovino, that you
13 only perceive race after someone has told you what
14 they believe their race to be?  Is that fair?
15      A    Say that again.
16      Q    Sure.  Is it your testimony that you only
17 perceive a person's race after that person has told
18 you what their race is?
19      A    No.
20      Q    So we're getting closer then to this
21 riddle.  Mr. Joyner has black skin, but you told me
22 that you do not know his race because he's never
23 told you his race.  So what would it take for you to
24 perceive Mr. Joyner's race, if anything?
25      A    I would need to know, in some way, what

Baton Rouge Court Reporters, LLC
225-292-8686

Gregory Bovino
November 30, 2020

38

1    his race was to make that assessment.

2         Q    Okay.  Meaning that, to you, you cannot

3    perceive a person's race solely by looking at the

4    color of their skin?  Is that your testimony?

5         A    No.

6         Q    Sometimes I ask that question and it comes

7    out badly.

8              When you say no, are you disagreeing with

9    my statement or are you agreeing with my statement?

10        A    That's not something that I would say or

11   do.

12        Q    Sure.  And just -- I'm sorry.  I want it

13   to be clear on the record.  So do you agree with the

14   following statement:  You, Mr. Bovino, are not

15   capable of perceiving someone's race based solely on

16   the color of their skin.  Do you agree with that?

17        A    Say that again.

18        Q    Sure.  Would you agree with me that your

19   testimony is:  You can't perceive someone's race

20   based solely on the color of their skin?

21        A    Are you asking me if I agree with you?

22        Q    Yeah, because -- yeah, I am asking it this

23   way.

24        A    I don't.

25        Q    I'm sorry, are you waiting for me or am I

Gregory Bovino
November 30, 2020

39

```
 1    waiting for you?

 2         A    I don't agree with that.

 3         Q    Okay.  Are you ever capable of perceiving

 4    someone's race just by looking at them, without

 5    knowing anything else about them?

 6         A    Are you asking me if I'm -- can you say

 7    that again?  What's the question again?

 8         Q    Yeah.  All of these questions are about

 9    you, I mean, unless I ask otherwise obviously.  You,

10    Mr. Bovino, do you have the ability to perceive what

11    someone's race is just by looking at the color of

12    their skin, having no benefit of any other

13    information about them?

14         A    No.

15         Q    So when you look at Mr. Joyner, who

16    clearly has black skin, black-colored skin, you

17    actually have never formed an opinion about what

18    race Mr. Joyner may or may not be; is that fair?

19         A    I wouldn't know what race that individual

20    was.

21         Q    And the only -- and even though

22    Mr. Williams clearly has black-colored skin, the

23    only reason you have formed an opinion about what

24    race Mr. Williams is, is because he has mentioned to

25    you, personally, that he considers himself to be a
```

Gregory Bovino
November 30, 2020

40

```
1      black man; is that fair?

2           A    Say that again.

3           Q    Sure.  The only reason that you are able

4      to determine that Mr. Williams was a black man,

5      despite the fact that he has obviously black-colored

6      skin, is that he told you before that he's a black

7      man.  Would you agree with that?

8           A    His statement led me to that assumption.

9           Q    Okay.  That's good on the record.  I can

10     go back and look at that.  But just the nuance of

11     what you just said -- are you telling me that

12     despite the fact that Mr. Williams has told you that

13     he's black man, you still don't actually know if

14     he's black?  You're only assuming that he's black;

15     is that your testimony?

16          A    No.

17          Q    Well, I didn't use the word "assume;" you

18     did.  So do you know that Mr. Williams is a black

19     man, or are you just assuming that he's a black man?

20          A    Mr. Williams told me he was a black man.

21          Q    Sure.

22     MR. VOGELTANZ:  I object to the

23          nonresponsiveness of the witness' answer.

24     BY MR. VOGELTANZ:

25          Q    Listen carefully to my question, Mr.
```

Gregory Bovino
November 30, 2020

41

```
 1    Bovino, and do your best to answer it.
 2           Do you know Mr. Williams is a black man or
 3    you merely assume that he's a black man?
 4        A    Both, through his statements.
 5        Q    Fair enough.  As of today -- I need to ask
 6    you some more questions about race.  I'm sorry, you
 7    know, if it makes you feel uncomfortable.  I'm not
 8    trying to make you feel uncomfortable.  I have to
 9    ask these questions.
10           As of today, who is the highest ranking
11    black or African-American border patrol agent
12    serving at Border Patrol?
13        A    Can you state that again?
14        Q    What about my question do you need me to
15    state again?  I mean, I will, but you keep asking
16    this over and over again.  Maybe I'm asking bad
17    questions, maybe the connection is bad.  What about
18    my question do you not understand?
19        A    I want to ensure that I answer your
20    question, so I'd like you to restate it or say it
21    again, repeat it.
22        Q    As of today, who do you know to be the
23    highest ranking black or African-American agent
24    serving within the Border Patrol?
25        A    I don't know.
```

Gregory Bovino
November 30, 2020

42

```
 1        Q    Who is the chief of the Border Patrol
 2    right now?  Is that Rodney Scott?
 3        A    Yes.
 4        Q    Is Rodney Scott a black man?
 5        A    I don't know how he identifies.
 6        Q    Now we're getting somewhere.  All right.
 7    Who is the deputy chief?
 8        A    Raul Ortiz.
 9        Q    Does Mr. Ortiz identify as a black man?
10        A    I don't know.
11        Q    What race do you perceive Mr. Ortiz to be?
12        A    I don't.  I don't know.
13        Q    Do you perceive Mr. Ortiz to be a man?
14        A    I don't know how he identifies there
15    either.
16        Q    Do you perceive Randolph Williams to be a
17    man?
18        A    I don't know how he identifies.
19        Q    Is it possible that Mr. Williams is a
20    woman?
21        A    I don't know.
22        Q    Mr. Joyner, do you know, is he a man or a
23    woman?
24        A    I don't know.
25        Q    All right.  So, that's fine.  I'm going to
```

Baton Rouge Court Reporters, LLC
225-292-8686

Gregory Bovino
November 30, 2020

```
 1      leave you alone here in a minute.  But your
 2      testimony, if I understand it correctly, Mr. Bovino,
 3      under oath, is that, as you sit here today, you do
 4      not know if John Joyner, whom you've personally met
 5      before, is a white woman or a black man.  Is that
 6      your testimony?
 7           A    I don't know how he identifies.
 8           Q    Fair enough, but I'm not asking you that.
 9      I'm asking you what you perceive him to be.  And you
10      told me that you don't know.  You can't perceive him
11      as anything because he hasn't told you, so I'm
12      really trying to focus on that idea.  Are you
13      telling me that you perceive Mr. John Joyner as --
14      you can't tell if he's either a white woman or black
15      man?  Is that your testimony?
16           A    No.
17           Q    No, you disagree with me, or no, you're
18      agreeing that you cannot tell whether or not Mr.
19      Joyner is a white woman or a black man?
20           A    No, that's not my testimony.
21           Q    Okay.  Do you perceive Mr. Joyner to be a
22      black man or a white woman?
23           A    I don't know.
24           Q    So your testimony is you can't tell?
25      You've seen him before, right, in real life, haven't
```

Baton Rouge Court Reporters, LLC
225-292-8686

Gregory Bovino
November 30, 2020

44

```
1      you, with your own eyes, right?

2           A    I have seen him.

3           Q    You've talked with him in real life,

4      face-to-face, right?

5           A    Yes.

6           Q    You have supervised him within New Orleans

7      Sector when you were the chief patrol agent and he

8      was a patrol agent in charge, correct?

9           A    Yes.

10          Q    And your testimony is:  You do not know if

11     he is a white woman or not, correct?

12          A    That's not my testimony.

13          Q    Okay.  I'll give you all the opportunities

14     you want.  Do you perceive Mr. Joyner to be either a

15     white woman or a black man?

16          A    I don't know.

17          Q    So I don't understand why you're

18     disagreeing with my prior statement.  You can't tell

19     if Mr. Joyner is a white woman, right?

20          A    I don't know if he is or not, what he

21     identifies as.

22          Q    Then why are you using a male pronoun?

23          A    I don't know.

24          Q    Well, I want you to be respectful to the

25     people in this case.  Are you going to continue to
```

Gregory Bovino
November 30, 2020

45

```
1     use male pronouns for people that you don't know
2     their sex, or will you agree to use gender-neutral
3     pronouns like they?
4           A    No.
5           Q    Well, you have to pick.  Are you going to
6     continue to use male pronouns for people that you
7     don't know their sex, or will you agree with me
8     that, to be respectful, you will only refer to
9     people with gender-neutral pronouns for the rest of
10    the deposition, if you don't know their sex?
11          A    No.
12          Q    No what?  That's not responsive.
13               Mr. Bovino, when you give answers like
14    this, you don't make any sense.  You're not making
15    any sense, sir.  Which is it?  Are you going to use
16    gender-neutral pronouns, or are you going to use
17    pronouns, even though you don't know what their sex
18    is?
19          A    I don't know.
20          Q    How can you not know?  It's a choice.
21    You're going to do it.  How can you not know what
22    you're going to do?
23          A    Was there a question in there?  What was
24    the question?
25          Q    Yes, there was a question.  How can you
```

Baton Rouge Court Reporters, LLC
225-292-8686

Gregory Bovino
November 30, 2020

46

```
 1   not know what you're going to do today during the
 2   deposition?  I just asked you:  Which one are you
 3   going to do?  Are you going to use pronouns, even
 4   though you don't know what someone's sex is, or are
 5   you going to use gender-neutral pronouns?  Which one
 6   are you going to do today?
 7        A    I don't know.  I don't know.
 8        MR. VOGELTANZ:  I tell you what, I need to use
 9        the restroom.  Let's take a five-minute break,
10        Mr. Bovino, and you can think about that
11        interesting idea, and we'll come back in five
12        minutes.
13        THE WITNESS:  Kevin, let's make that seven
14        minutes.
15        MR. VOGELTANZ:  Let's do ten, and everybody can
16        get a snack, coffee, whatever.  I'll see you
17        guys at 12:20.
18          (Whereupon, a short break was taken.)
19   BY MR. VOGELTANZ:
20        Q    Mr. Bovino, we just came back from break.
21   Is there any portion of your testimony that you
22   would like to amend or revise before we proceed on?
23        A    No.
24        Q    Very good.  How would you describe the
25   position of division chief at New Orleans Sector
```

Gregory Bovino
November 30, 2020

72

```
1          Q    All right.  What did you mean when you
2     said that -- this statement, "NLL staff may need
3     rebalancing"?  Want does that mean?
4          A    That means that I felt that the New
5     Orleans staff was attempting to fill positions
6     before I got there, and I felt that I probably
7     needed to send a message to the New Orleans staff by
8     me filling those positions and not them.
9          Q    What gave you the impression that New
10    Orleans Sector headquarter staff was trying to fill
11    positions, I guess, in a way that, you know, you
12    didn't like or didn't involve you?
13         A    It's in the e-mail there, the matrix that
14    they sent.
15         Q    Sure.  I mean, no one is contesting that
16    they were in the middle of doing a hiring, but you
17    -- I mean, I don't want to assume anything.  That's
18    normal, right?  It's normal that, when there is an
19    available position, it needs to be filled, correct,
20    at a headquarters level?  That's appropriate, right?
21         A    Yes, positions do need to be filled.
22         Q    So when you said -- when you used the word
23    rebalancing, why did you quote it?  Quoting a word
24    means that it has some alternative or unusual
25    meaning.  I don't understand.  Why were you quoting
```

Gregory Bovino
November 30, 2020

73

```
 1      the word rebalancing?
 2          A    Because it's traditional for the incoming
 3      chief to choose his or her staff, and the fact that
 4      this appeared to be that the staff at New Orleans,
 5      at the time, appeared to be circumventing that led
 6      me to believe that they may need rebalancing or
 7      adjusting.
 8          Q    Just so I'm clear:  Who are you referring
 9      to that needs to be rebalanced?  The current --
10      Banco?  Is he the person that needs to be
11      rebalanced?
12          A    The entire sector staff.
13          Q    Meaning, Banco, the acting chief?
14      Pedregon, the acting deputy chief?  Anybody else?
15          A    Anyone at sector.  It wasn't specific to
16      any one individual.
17          Q    Okay.  And before I leave the e-mail, I
18      take it, from your commentary, that you thought it
19      was -- I'm going to use this word.  You don't have
20      to agree with this word; you can use whatever word
21      you'd like.  But it seems as if you're suggesting it
22      was inappropriate that sector staff was trying to
23      fill the division chief position before you
24      officially entered on duty.  Am I correct, or is
25      that not how you felt about it?
```

Gregory Bovino
November 30, 2020

74

```
 1        A    I did feel that they were attempting to
 2   fill the positions prior to my arrival.
 3        Q    And that it was inappropriate that they
 4   were doing that?
 5        A    Yes, when I asked them to cancel the list.
 6        Q    Okay.  Did you ever form an opinion as to
 7   why they were trying to fill these positions before
 8   you entered on duty?
 9        A    I didn't know why.  I just knew they were
10   trying to do it.
11        Q    Did you ever ask anyone why?
12        A    No.
13        Q    If it was true that they were trying to
14   cut you out of the process, why do you think that
15   Mr. Bovino (sic) invited you to participate in the
16   interviews when he e-mailed you on May 8th, which
17   I'm highlighting right here?
18        A    Because the list had already been
19   scrutinized and their top picks for interviews and
20   candidates were made without my knowledge or
21   approval.
22        Q    Okay.  Did you ever actually review the
23   resumes or the credentials of these top six people
24   that appear in green on Page 4 of the exhibit?
25        A    No.
```

Gregory Bovino
November 30, 2020

82

```
 1        A    I don't know.
 2        Q    Tell me anything that will help me to
 3   identify these people.
 4        A    They were staff at headquarters.  I can't
 5   remember every individual that I talked to.
 6        Q    What else did you do to recruit the right
 7   pool of candidates for this job?
 8        A    That's it.
 9        Q    So if I understand correctly, the entirety
10   of your efforts to recruit more or better candidates
11   for the division chief position, after you told your
12   superior officer on May 9th that that's what you
13   were going to do, is you told people -- certain
14   people at headquarters that you hoped to see their
15   names on the next list; is that right?
16        A    I did do that.
17        Q    But in reality, there was never a next
18   list.  You never re-announced the list for this
19   position, correct?
20        A    That's true.
21        Q    So, it's impossible.  You could never have
22   seen their names on the next list for the division
23   chief position because, in reality, you did not
24   re-announce the position; isn't that correct?
25        A    That's not correct.
```

Gregory Bovino
November 30, 2020

92

```
 1      qualified candidates.

 2           Q    Sure, you can absolutely do that.  But

 3      that's my point is that I understand your

 4      perspective.  You felt aggrieved that the

 5      interviewees were not selected by you.  I get that.

 6      But I guess my question is:  How did you know that

 7      Mr. Williams or Mr. Joyner wasn't just the

 8      outstanding, best possible candidate for the

 9      division chief position when you e-mailed Mr. Hudson

10      on May 9th, given that you admitted you didn't, you

11      know, look at their credentials?

12           A    For the same reason I was unable to look

13      at credentials for anyone else on the list.  Six

14      names were presented to me.  I don't know who was

15      the best qualified because I didn't have a hand in

16      looking, selecting, filling matrixes out, or

17      anything like that and felt that that list was being

18      generated to choose a candidate quickly before I

19      arrived.

20           Q    Fair enough.

21           MS. GUTIERREZ:  Excuse me.  I'm sorry, I need

22           to take a break.

23           MR. VOGELTANZ:  Okay.  How long?

24           MS. GUTIERREZ:  Five minutes is enough.

25           MR. VOGELTANZ:  Five minutes is good with me.
```

Gregory Bovino
November 30, 2020

111

```
1        Q    That's a tough one because it's a binary
2   option.  So how would you describe it then?  If he
3   testified that you invited him to join you as the
4   division chief, what would you say about that?
5        A    I would say that I had a conversation with
6   Chris Bullock via telephone at some point after I
7   had been selected as the chief patrol agent.  He
8   learned that there was a vacant division chief open
9   in the New Orleans Sector.  That's what I remember
10  about the telephone conversation I had with
11  Mr. Bullock.
12       Q    Did you encourage him to apply?
13       A    I don't remember.
14       Q    Your testimony is:  You have no
15  recollection whatsoever if you ever encouraged
16  Mr. Bullock to apply for the division chief
17  position?
18       A    I didn't say that.  I said that I had a
19  conversation with Mr. Bullock, and through that
20  conversation, he became aware that there was a
21  vacant division chief position in the New Orleans
22  Sector.
23       Q    Sure.  My question to you is:  Did you
24  ever encourage Mr. Bullock, at any time, to apply
25  for the position?
```

Baton Rouge Court Reporters, LLC
225-292-8686

Gregory Bovino
November 30, 2020

112

1          A    I don't recall.

2          Q    So it's your testimony that you have no

3     recollection, one way or the other, if you ever

4     encouraged Mr. Bullock to apply for that division

5     chief position; is that correct?

6          A    That's correct.  I don't remember.

7          Q    Did you know Susan Bullock before you

8     actually selected Mr. Bullock for the division chief

9     position?

10         A    Yes.

11         Q    How did you know her?

12         A    I worked with Susan Bullock at border

13    patrol headquarters.

14         Q    What position was she?

15         A    I believe she was an acting assistant

16    chief.

17         Q    Did you have to create a new position for

18    her in New Orleans Sector when you hired

19    Mr. Bullock?

20         A    No.

21         Q    I'm sorry, go ahead.

22         A    I didn't say anything -- I just said no.

23         Q    You didn't create an executive officer

24    position at the -- for division chief level for Mrs.

25    Bullock when she arrived?

Gregory Bovino
November 30, 2020

156

```
 1    announced that?
 2         A    I don't know if I publicly announced that
 3    at headquarters, in those various meetings that we
 4    talked about a couple of hours ago, when I did to
 5    another recruitment to select the most qualified
 6    applicants.
 7         Q    At the very least, you never announced at
 8    New Orleans Sector that you were going to be
 9    accepting private memorandum, correct?
10         A    I never accepted a private memorandum.
11         Q    I'll use whatever word you want to use.
12    What do you call these memoranda that Mr. Billings
13    and Mr. Bullock submitted to you?  How do you want
14    me to call them?
15         A    Those are lateral requests for
16    reassignments.
17         Q    You didn't announce at New Orleans Sector,
18    at any time after you canceled the list, that you
19    were going to be accepting lateral reassignment
20    requests from agents, correct?
21         A    Not to my knowledge.
22         Q    Do you have any idea when USAJOBS
23    officially notified the people that had originally
24    applied for this job that, in fact, the job had been
25    filled?  Do you have any idea?
```

Gregory Bovino
November 30, 2020

```
 1        A    I told them that I had chosen Chris
 2   Bullock for the division chief at New Orleans
 3   Sector.  I don't believe -- I don't remember and I
 4   don't believe that I delineated which division
 5   chief, only that I said division chief and that they
 6   knew Chris Bullock was chosen for the division
 7   chief.
 8        Q    Who was your alternate?  Did you recommend
 9   an alternate?
10        A    No.
11        Q    Now, I deposed Mr. Hastings.  Mr. Hastings
12   testified that, under the Carla Provost
13   administration, it was policy that selecting or
14   recommending official select and recommend an
15   alternate for promotions.  Do you agree or disagree
16   with that?
17        A    Disagree.
18        Q    Why did you not select an alternate to
19   Mr. Bullock?
20        A    Mr. Bullock was selected from a lateral
21   reassignment memo.  Typically, alternates would be
22   proffered through a vacancy announcement type
23   selection, not through the lateral reassignment
24   memo.
25        Q    Well, I mean, Mr. Billings applied as well
```

Gregory Bovino
November 30, 2020

```
 1    by memo.  Why did you not select him as an
 2    alternate?
 3         A    I did not feel that Mr. Billings had the
 4    requisite knowledge, skills, ability, or
 5    qualifications to be successful or to do well in
 6    that job as division chief at New Orleans Sector.
 7    He was not what I was looking for.
 8         Q    Did you tell Mr. Williams or Mr. Joyner,
 9    either at that August 8th meeting or any time
10    thereafter, that you had selected Mr. Bullock and
11    you had not made any selection for an alternate
12    candidate?
13         A    I don't remember having that conversation
14    with anyone.
15         Q    Sure.  And it's impossible that you would
16    have had that conversation.  Because if you did, you
17    -- you know, you just told me that you didn't pick
18    an alternate, so you couldn't have possibly told
19    them that you had picked an alternate because you
20    didn't pick an alternate, right?
21         A    I did not pick an alternate.
22         Q    Did you ever tell them, guys, sorry,
23    neither one of you is an alternate even?  I picked
24    Chris Bullock.  I didn't pick an alternate.  Neither
25    one of you are alternates.  Did you tell them that?
```

Gregory Bovino
November 30, 2020

168

```
 1        A    No.

 2        Q    Why not?

 3        A    Because they were not alternates.

 4        Q    Sure.  But, again, for instance, the

 5   reason I'm asking is, you know, Williams and Joyner,

 6   they received this e-mail from USAJOBS.com that

 7   tells them the position is going to be re-announced;

 8   they will have to reapply.  That's not true.  That's

 9   not a true statement; we now know that.  But they

10   haven't gotten any e-mails yet telling them

11   otherwise.  So why didn't you go and tell them, hey,

12   by the way, you're not even an alternate?  It's

13   over.

14             Basically, why didn't you go and could

15   tell them it's over?  It's completely over, you were

16   not selected; you are not an alternate.  I picked

17   Mr. Bullock over you.  Why did you never tell them

18   that?

19        A    I did.

20        Q    When did you have that conversation?

21        A    The August the 8th staff meeting when I

22   announced that Chris Bullock was the division chief

23   -- was going to be the new division chief at the New

24   Orleans Sector.

25        Q    So your testimony is that just when you
```

Gregory Bovino
November 30, 2020

```
 1    best qualified individual that I know of that I
 2    could place in that division chief position.
 3         Q    Did you think that Christopher Bullock --
 4    whenever you made this decision -- did you think
 5    Mr. Bullock was the most qualified candidate in the
 6    entire United States Border Patrol?
 7         A    I don't understand the question.  Say that
 8    again.
 9         Q    Sure.  Whenever you made the decision to
10    select Chris Bullock, did you believe that he was
11    the single most-qualified candidate for the division
12    chief position in the entire United States Border
13    Patrol?
14         A    I felt that he was the most qualified
15    individual in the United States Border Patrol that
16    applied for that position.
17         Q    Sure, but that's not my -- I didn't ask
18    you that question.  Did you believe that in the --
19    among people that applied, didn't apply, doesn't
20    matter -- did you believe that he was the most
21    qualified person for the position in the entire
22    United States Border Patrol?
23         A    Yes.
24         Q    And so how many agents are in the Border
25    Patrol?  Do you have any idea?
```

Gregory Bovino
November 30, 2020

174

```
 1        A    Approximately 19,600 at that count.
 2        Q    So of all the people that might -- could
 3   possibly have been qualified to apply, meaning, you
 4   know, procedurally qualified to apply, you thought
 5   Chris Bullock was number one?  There was nobody
 6   among the 19,600 agents that would be better
 7   qualified than Chris Bullock; is that your
 8   testimony?
 9        A    I would say that out of the 19,600 that I
10   knew, that he was the most qualified.
11        Q    Okay.  So this is what I don't get though:
12   Going back and looking at Exhibit 17, if you
13   believed that, why didn't you just tell that to your
14   superior officer, Richard Hudson, on May 9th, 2018?
15   You wrote, "I don't think the announcement received
16   the attention it should have, and we are going to
17   make more of an effort to recruit the right pool of
18   candidates."  Why didn't you just tell Mr. Hudson,
19   hey, I know Chris Bullock, and I think he is the
20   single most-qualified person in the entire United
21   States Border Patrol for this job?  Why didn't you
22   just tell him that?
23        A    Because, at this point, I was more
24   concerned with getting that list canceled.  As I
25   said before, it was the first time I had ever done
```

Gregory Bovino
November 30, 2020

214

```
 1      Mr. Bovino (sic), what did you take it to mean?

 2          A    Do you mean when I received it from

 3      Mr. Bullock, because I didn't send it to myself?

 4          Q    Yes, you are correct, Mr. Bovino.  I'm

 5      sorry.  When you received it from Mr. Bullock, what

 6      did you take it to mean?

 7          A    I took it to mean a series of images that

 8      someone had sent me.

 9          Q    Well, sure, that's what it literally

10      depicts.  But what meaning, if any, did you ascribe

11      to it?

12          A    I ascribed very little meaning to this

13      because I received many, many e-mails each day.

14      When I receive an e-mail like this, typically, it

15      goes to the recycle bin.

16          Q    I mean, do you get a lot of racist e-mails

17      every day in your job?

18          A    Can you explain what you mean by that?

19          Q    The question stands as it is:  Do you get

20      a lot of racist e-mails every day in your job?

21          A    No.

22          Q    Do you perceive this e-mail as being, in

23      any way, racially charged?

24          A    No.

25          Q    What meaning would you ascribe to it that
```

Baton Rouge Court Reporters, LLC
225-292-8686

Gregory Bovino
November 30, 2020

1    is not racially charged?

2        A    Poor use of government time.

3        Q    Meaning what?

4        A    Meaning it's not relative to the mission

5    at hand.  It doesn't further the mission in any way

6    and is bogus.

7        Q    What's bogus about it?

8        A    It's worthless.

9        Q    Did you ever ask Mr. Bullock what he meant

10   to convey with this e-mail that he sent to you?

11       A    No.

12       Q    Have you ever -- in your entire career,

13   have you ever received any e-mails, from anyone

14   other than Christopher Bullock, that included Civil

15   War era images of the Confederate Army?

16       A    Not to my knowledge.

17       Q    In your entire career at Border Patrol,

18   have you ever received an e-mail from anyone, within

19   Border Patrol, of course, that was sending you

20   imagery of the Confederate or, as you call it, the

21   rebel battle flag?

22       A    I can't remember receiving anything like

23   that.

24       Q    Don't you think you would remember if

25   somebody was circulating Confederate War images to

Gregory Bovino
November 30, 2020

1          Q    Now, you can delete your own e-mail.  Why
2      was it important for you that Mr. Bullock delete his
3      e-mail?
4          A    I felt that wording would allow
5      Mr. Bullock to know that not to send me this type of
6      e-mail.
7          Q    Why didn't you just tell him that?  Why
8      didn't you just tell him, Mr. Bullock, don't ever
9      send me this sort of e-mail ever again?
10         A    I did, and that's what I said.  It has
11     that same effect.  That's the way I said it.
12         Q    The next time you spoke with Mr. Bullock
13     on the phone or saw him face to face, did you bring
14     it up?  Did you say anything about it?
15         A    Not to my recollection.
16         Q    Why not?
17         A    Because I had already given him a
18     strongly-worded message in an e-mail.  It didn't
19     need to be reiterated again.
20         Q    Have you ever brought this up to
21     Mr. Bullock?  Even if it's in the context of this
22     case?  I mean, if you're talking with Mr. Bullock
23     and one of your lawyers is present, you don't have
24     to tell me about that.  But one-on-one, even as of
25     today, one-on-one, have you ever said anything to

Gregory Bovino
November 30, 2020

221

```
1      Mr. Bullock about this e-mail?

2           A    No.

3           Q    Did you open an investigation into

4      Mr. Bullock's sending of this e-mail within the

5      context of the United States Border Patrol?

6           A    No.

7           Q    You agree with me that it was a waste of

8      government time and computer resources to send this

9      e-mail, correct?

10          A    Yes.

11          Q    Agents are supposed to not waste

12     government time or computer resources, correct?

13          A    Yes.

14          Q    Wasting government time and computer

15     resources is certainly something that an agent, if

16     determined that he did do that, that he could be

17     disciplined for, correct?

18          A    I haven't seen that.

19          Q    Did you know that after -- did you know

20     that after these e-mails were first produced by the

21     government in this case, that employees for Customs

22     and Border Protection referred Mr. Bullock for

23     investigation for sending these e-mails?

24          A    Yes.

25          Q    How do you know that?
```

Gregory Bovino
November 30, 2020

222

```
 1        A     In preparation for this deposition, I
 2     found that out.
 3        Q     Now, I don't want to get into privileged
 4     stuff, just, you know, did you learn it from someone
 5     that was not a lawyer for CBP or the U.S. Attorney's
 6     Office?
 7        A     No.
 8        Q     Now that you know that Mr. Bullock was
 9     investigated for sending these e-mails, given the
10     benefit of hindsight, do you think that you should
11     have referred him for investigation for sending
12     these e-mails?
13        A     No.
14        Q     So in your mind, as a chief patrol agent,
15     it is okay enough to receive Confederate Civil War
16     depictions in government e-mail, and that is not
17     something that warrants an investigation?  That's
18     your opinion, sir?
19        A     I believe it depends on the context of
20     those e-mails or that situation.  Why it was sent,
21     who it was sent to, was it a public forum, was it
22     meant to hurt.  I think that there is due process
23     and there's a way to look at that.
24        Q     I think that all makes a lot of sense, so
25     let me go through one at a time.  Did you ask
```

Gregory Bovino
November 30, 2020

223

```
1     Mr. Bullock in what context he meant this e-mail?
2          A    No.
3          Q    Did you ask Mr. Bullock if he intended to
4     hurt anyone with these e-mails?
5          A    No.
6          Q    Did you ask Mr. Bullock for a rationale of
7     why he sent these e-mails?
8          A    No.
9          Q    Did you ask Mr. Bullock if he has a
10    history or a pattern or a practice of circulating
11    Civil War era imagery to other agents at Border
12    Patrol?
13         A    No.
14         Q    What did you do as chief patrol agent of
15    New Orleans Sector to determine whether or not
16    Mr. Bullock ought to be investigated for sending
17    these e-mails?
18         A    I don't believe I was the chief patrol
19    agent of the New Orleans Sector at this time.
20         Q    You got me there, Mr. Bovino.  So let me
21    ask you:  What did you do, as the incoming chief
22    patrol agent of New Orleans Sector and as a
23    commissioned law enforcement officer for the United
24    States Border Patrol, to investigate whether or not
25    Mr. Bullock ought to be investigated for sending
```

Gregory Bovino
November 30, 2020

224

1    these e-mails?

2         A    As I looked over the e-mails, I referenced

3    the e-mails in the context that they were not racist

4    or meant to hurt another party nor myself.

5         Q    So you formed -- come on, now.  You

6    previously testified that you didn't even take the

7    time to read New Orleans all hands meeting.  You

8    said it was a garbage e-mail.  You said it was

9    bogus.  It went straight to the recycle bin.  But

10   now you're telling me that you actually took the

11   time to consider the context and the potential

12   racism of the e-mail and if it was intended to harm

13   anyone.

14            So which is it, Mr. Bovino?  You're under

15   oath.  Which is it?  You gave it no thought

16   whatsoever and you sent it away, or you carefully

17   considered the e-mail to arrive at your conclusion

18   that it did not merit investigation?

19        A    In perusing the e-mail that he sent me, I

20   did not find any racial connotations that would lead

21   me to open an investigation for Mr. Bullock.

22        Q    Well, then, if that's the case, then you

23   must have formed an opinion about what the e-mail

24   meant.  You couldn't possibly have determined that

25   there was no racist intent unless you formed an

Gregory Bovino
November 30, 2020

237

1        A     No, you said I construed it.  I didn't
2   construe anything.
3        Q     At the time that you received it, did you
4   consider it to be a work-related e-mail or
5   nonwork-related e-mail?
6        A     This was work-related.
7        Q     Very good.  Scroll on down.  That was sent
8   to you on August 6th.  So he's also -- when he sends
9   this to you, he is forwarding you an entire thread
10  of images.  He exchanged this e-mail with his wife
11  on July 31st.  He sent this image to her.  Before
12  you received this on August 6th, had you ever seen
13  this image before?
14       A     Yes.
15       Q     When did you see it before August 6th?
16       A     Sometime between 2012 and 2016.
17       Q     Well, sure.  I mean, that's four years.
18  What makes you say it was sometime during that
19  four-year period?
20       A     Because I saw this particular photograph,
21  or whatever it is, when I was the patrol agent in
22  charge of the Imperial Beach border patrol station.
23  I was the PAIC there between 2012 and 2016.  I don't
24  know when I saw it, but I remember seeing it.
25       Q     In what context would you have seen it?  I

Gregory Bovino
November 30, 2020

238

```
1      mean, how did you see it?  Who showed it to you?
2            A    I don't know.
3            Q    Is this a work-related image?
4            A    I don't know what this image is or who
5      made it.  I don't know.
6            Q    No, no, no, no.  You told me this was a
7      work-related image.  You told me that the Civil War
8      battle flag was not a work-related image.  So I want
9      to know:  Is this a work-related image?
10           A    I don't know.  This must have meaning for
11     Mr. Bullock, but it doesn't have meaning for me.
12           Q    You said that the Civil War stuff didn't
13     have meaning for you.  You said that the Civil War
14     stuff was not work-related.  That's why it was
15     bogus.  That's why it was a waste of government
16     resources.  You said funny child running away saying
17     I'm free, that that's work-related for all the
18     interesting reasons that you ascribed to it.
19                So you're clearly capable of telling me if
20     you believe it's work-related or not.  So tell me:
21     Is this image work-related?
22           A    It has the potential to be, but I can't
23     tell you if he sent it because of that.
24           Q    What is the potential of work relatedness
25     to this image?
```

Gregory Bovino
November 30, 2020

239

```
 1        A     Chris Bullock and I worked together
 2    before.
 3        Q     Now, you agree with me that what this
 4    image depicts is President Obama is giving a speech.
 5    Really, it's the State of the Union speech, but he's
 6    giving a speech.  And then the vice president and
 7    the speaker of the house are standing behind him,
 8    but the heads of the vice president and speaker of
 9    the house, they have been decapitated, and in their
10    place are images of your face, your head, and
11    Mr. Bullocks' head.  Is that an accurate description
12    of the photograph?
13        A     No.
14        Q     All right.  Then you describe what we're
15    looking at here.
16        A     I see my image, Mr. Obama's image, and
17    Mr. Bullock's image.  I don't know who these people
18    are or any of the other names of that you ascribed
19    that to.  I have no knowledge of that.
20        Q     So you're saying that you actually -- in
21    real life, that you were once standing next to
22    Mr. Bullock, and you were both standing behind
23    President Obama when he was giving a speech and you
24    were clapping?  Is that what you're telling me?
25        A     No.
```

Gregory Bovino
November 30, 2020

```
 1        Q    Okay.  So obviously then, those are your
 2   heads put on other people's bodies, right?
 3        A    It looks like it.
 4        Q    So it sounds like exactly what I said
 5   there.  What did you take this picture to mean?
 6   What meaning does this picture have for you?
 7        A    That Chris and I worked together before.
 8        Q    What does Mr. Obama have to do with that?
 9        A    Perhaps we worked together during his
10   administration.
11        Q    So fill it out for me.  Why, if you
12   know -- maybe you don't know.  Why is Mr. Bullock
13   circulating this e-mail to his wife and then to you
14   that has a photoshop of you and Mr. Bullock instead
15   of the vice president and speaker of the house
16   standing behind President Obama?  Why is that?
17        A    Because we worked together before.
18        Q    Did you rebuke him for, once again,
19   wasting computer resources by circulating these
20   e-mails to the official government e-mails of you
21   and his wife, Mrs. Bullock?
22        A    No.
23        Q    Why not?
24        A    Because I didn't find it to be a waste of
25   government resources.
```

Baton Rouge Court Reporters, LLC
225-292-8686

Gregory Bovino
November 30, 2020

```
 1        Q    Okay.  So in what sense is this
 2   photoshopped image of you and Mr. Bullock not a
 3   waste of government resources?
 4        A    It shows camaraderie.
 5        Q    Do you find it to be racially charged?
 6        A    No.
 7        Q    Just like you didn't find the Civil War
 8   era images to be racially charged, right?  Is that
 9   accurate?
10        A    No.
11        Q    Okay.  Meaning no, you don't find either
12   of them racially charged, correct?
13        A    No, I disagree with your statement is why
14   I said no.
15        Q    So you do believe that the Civil War era
16   images are racially charged?
17        A    No.  You compared this image to that image
18   and said it was the same thing.  I don't agree with
19   that.
20        Q    I didn't say they were the same thing.  I
21   said just you didn't find this image to be racially
22   charged and you didn't find the Civil War image to
23   be racially charged; isn't that correct?  What's the
24   answer to that question?
25        A    That's true.
```

Gregory Bovino
November 30, 2020

266

```
 1      which six people he was going to interview for the
 2      position; is that accurate?
 3           A    I believe that's accurate.
 4           Q    I know that you went to headquarters --
 5      and Mr. Hudson and Mr. Banco -- you organized (sic)
 6      the list to be canceled for the division chief
 7      position that had been advertised on USAJOBS.com,
 8      and I know that that's what you decided to do.  But
 9      if you had wanted to -- if you had wanted to do it,
10      instead of selecting Mr. Bullock for the division
11      chief position that was available in New Orleans,
12      through the competitive list that existed before you
13      canceled it, you could have selected either Mr.
14      Williams or Mr. Joyner for that position; isn't that
15      correct?
16           A    If they were qualified for the job.
17           Q    Sure.  And when you say "qualified," you
18      mean kind of holistically.  They were obviously
19      qualified in the basic sense that they made the
20      Certificate of Eligibles.  So since they were on the
21      Certificate of Eligibles, if you had wanted to do
22      so, you could have selected either Mr. Williams or
23      Mr. Joyner for the division chief position that you
24      ultimately selected Mr. Bullock for; is that
25      accurate?
```

Gregory Bovino
November 30, 2020

```
 1        A    I don't know.  I didn't see the matrices
 2   or the lists or anything like that.  So I don't know
 3   if I could've chosen them or not at that point.  I
 4   don't know.
 5        Q    Well, I'll just show it to you.  And we
 6   really are winding up.  I just want to get this
 7   clear on the record.
 8             We've already introduced this into
 9   evidence.  This is Exhibit 3 and 4.  Here is the
10   Certificate of Eligibles for the supervisory border
11   patrol agent division chief position.  The issue
12   date was April 24th, 2018.  We see Mr. Billings
13   made the list here.  We see Mr. John Joyner made the
14   list here.  And on Exhibit 4, same list, we see
15   Mr. Randolph Williams made the list as well.  So now
16   that you know, because these are exhibits --
17   official documents entered into evidence -- that
18   they had made the list.  If you wanted to, you could
19   have selected either Mr. Williams or Mr. Joyner,
20   instead of Mr. Bullock for the division chief
21   position; is that correct?
22        A    If they made my list.
23        Q    Of course.  If you had wanted to do it.  I
24   know that you didn't.  You wanted Bullock; that's
25   why we're in this case.  But I need to understand
```

Gregory Bovino
November 30, 2020

268

```
 1      what abilities you had.  If you had wanted -- if
 2      they had made your list, if you were pleased with
 3      their performance, if you thought that they were the
 4      most qualified because they were on the Certificate
 5      of Eligibles, assuming you hadn't canceled the list,
 6      you had the ability to recommend for selection
 7      either Mr. Williams or Mr. Joyner for the division
 8      chief position that you ultimately recommended for
 9      selection Mr. Bullock; isn't that right?
10           A    Yes.
11           MR. VOGELTANZ:  Last thing.  This is going to
12           be Exhibit 6.
13      (Whereupon, the referred-to document was marked for
14                identification as Exhibit 6.)
15      BY MR. VOGELTANZ:
16           Q    This is an e-mail that you sent to the EEO
17      investigator in the case, Mr. Ahmad Zadah.  It's
18      very short.  He asks you, you know, down here "Was
19      the lateral reassignment advertised?  If not, how
20      did Mr. Bullock and Mr. Billings find out about the
21      reassignment to put in their memos?"  And you wrote,
22      "Good morning.  In response to your questions, the
23      lateral reassignment was not advertised.  I believe
24      both candidates put in there reassignment requests
25      once they saw the announcement was canceled.  I
```