Joseph Banco
November 16, 2020

EXHIBIT K

1

```
 1           UNITED STATES DISTRICT COURT
 2           EASTERN DISTRICT OF LOUISIANA
 3
 4   ****************************************************
 5   RANDOLPH WILLIAMS III
 6           Plaintiff,
 7   v.                                  CIVIL NO.
 8                                 2:19-CV-12841-GGG-DMD
     KEVIN K. MCALEENAN, ACTING
 9   SECRETARY, UNITED STATES
     DEPARTMENT OF HOMELAND
10   SECURITY
11           Defendant.
12   ****************************************************
13
14
15
16           DEPOSITION OF JOSEPH BANCO,
17   taken on Monday, November 16, 2020, before Lisa M.
18   Nealy, RPR, CCR, in and for the State of Louisiana,
19   via videoconferencing, commencing at 1:45 p.m. and
20   concluding at 6:00 p.m.
21
22
23
24
25
```

Joseph Banco
November 16, 2020

41

```
 1   selection, not the deputy.  So it is up to the
 2   chief to make the selection.
 3       Q   I'm going to show you some emails here in
 4   a minute that will have the dates, but just to kind
 5   of get to that point, this decision that was made
 6   to cancel the job posting, that was made in May of
 7   2018.  Correct?
 8       A   Not that I'm aware of.
 9       Q   All right.  When Mr. Bovino first asked
10   you to cancel the posting, would you say that you
11   were on board or not on board with that decision?
12       A   Um, again, I counseled him that, um --
13   that, um, I thought that, um, we should continue
14   with the, um, the announcement.
15       Q   Okay.  And why did you think that?
16       A   Because of optics.
17       Q   What does that mean?
18       A   The appearance.  The -- we had made up,
19   as part of the process, Teresa Pedregon and myself,
20   had produced a matrix, which was for selections,
21   and we were getting ready to conduct interviews.
22   Those had not happened.
23           Um, a person that submits a lateral
24   request, would also be placed on the matrix.
25       Q   And for someone that works at Border
```

1  Patrol, that answer probably would have made a lot
2  more intuitive sense to them.  I'm not sure I
3  follow.  You said it wouldn't be good for optics
4  and I asked you what do you mean by that, and then
5  you explained that you were about to hold
6  interviews and if someone had applied via
7  memorandum, that they would go into the matrix, but
8  I'm not sure that that answers any of my questions.
9           So, what about -- what about canceling
10 the announcement was bad for optics?
11      A    Because we had already started to
12 schedule the interviews.  We had to tell those
13 personnel that, um, they were not being
14 interviewed.
15      Q    Why --
16      A    Because (inaudible) --
17      Q    What -- I don't understand.  What is not
18 good about that?  Or what makes that appear in a
19 bad light?  You announced a position, there's a new
20 chief, he wants to cancel it.  What is bad about
21 that?
22      A    There is nothing against policy for the
23 chief not to do it.
24      Q    That's exactly my point.  That's exactly
25 what you told me.  So if it's not against policy

Joseph Banco
November 16, 2020

86

```
 1       Q    Okay.  So at least as of May 9 -- we're
 2  looking at this email from May 9.  As of May 9, you
 3  didn't have this knowledge about Mr. Joyner,
 4  correct?
 5       A    No.
 6       Q    Okay.
 7       A    And he was going to be scheduled for
 8  interview.
 9       Q    Okay.  So, would you agree or disagree
10  with the statement being proffered by Mr. Hudson
11  that the applicants certified for the division
12  chief of operational programming position, did not
13  possess the desired skill set for the job?
14       A    My opinion, um, I would say that they did
15  have the skill set.
16       Q    Okay.  Did Mr. Bovino ever tell you that
17  he thought that these people that had competitively
18  applied didn't have the desired skill set for the
19  position?
20       A    No.
21       Q    Did he give you any reason at all, when
22  he discussed that he wanted to promote Mr. Bullock,
23  why he wanted Mr. Bullock as opposed to anyone else
24  for the job?
25       A    He basically told me he was chief and he
```

Joseph Banco
November 16, 2020

87

```
 1   was making the decision.
 2       Q    Now, I don't want to assume anything,
 3   but, in my mind, I'm playing out how this
 4   conversation goes.  And typically, I wouldn't
 5   expect anyone to jump to, "I am the boss and I will
 6   do whatever I want," unless there is some sort of
 7   argument or discussion about the decision in the
 8   first place.
 9            So was there any sort of discussion about
10   the merits of Mr. Bullock or an argument about
11   promoting Mr. Bullock, or are you telling me that
12   you walked into the office, or over the phone, and
13   he just said, "Joe, I'm the boss, I'm promoting
14   Bullock"?
15       A    Well, there was a discussion, um, and I
16   laid out the merits of continuing with the, um --
17   um, the matrix, the interviews, and going through
18   the process.  And I was told that, um, by Chief
19   Bovino, that he had made his decision.
20       Q    Okay.  And what did you suggest were the
21   merits of continuing forward with the competitive
22   posting?
23       A    Comparing the, um -- each of the
24   personnel that was on the matrix, uh, going through
25   the interviews, and taking that into consideration.
```

88

1    Q    And I promise I'm not trying to be obtuse
2  or slow, Mr. Banco.  I just don't fully understand
3  your answer.  Are you suggesting to me that when
4  you had this meeting with Mr. Bovino, that you
5  suggested that at least one of the people that had
6  made the interview list for the division chief of
7  operational programs position, ought to be selected
8  over Mr. Bullock?
9    A    I did not, um -- I had not been privy to
10  Mr. Bullock's, um, resume.  And I was not familiar
11  with, um, with him myself.  So I did not know what
12  skill set he had besides, um, what Mr. Bovino was
13  telling me, was that, um, he was the deputy patrol
14  agent in charge of, um, intelligence, um, in Tucson
15  sector.
16    Q    I'm sorry, Mr. Banco, I don't think that
17  fairly answers my question.  My question to you
18  was -- and I understand.  You didn't know anything
19  about Mr. Bullock, or you hadn't seen his resume.
20  I get that background.
21         But my question was, did you suggest to
22  Mr. Bovino that rather than promoting Mr. Bullock,
23  he should select someone off of the six-person
24  interview list for the position that had been
25  cancelled?

Joseph Banco
November 16, 2020

89

1  A I, um, said that he should be compared,
2 if he has someone in mind, he should be compared to
3 the ones, the candidates that we had selected for
4 interview.  Shouldn't be that one or the other, but
5 that was my suggestion, that there should be a
6 comparison between them.  But he told me he had
7 made his decision.
8  Q And as the former acting chief patrol
9 agent of the New Orleans sector, what led you to
10 believe that it would be better or more appropriate
11 to compare Mr. Bullock with the six candidates that
12 were to be interviewed for the position rather than
13 just promoting Mr. Bullock?
14  A That's how I normally work.  Um, I think
15 it's -- he can make a better assessment by doing a
16 comparison between the individuals.
17  Q And it sounds like, then, that in
18 response, Mr. Bovino rejected that possibility, and
19 he did not, um, competitively compare or
20 competitively score Mr. Bullock against the six
21 individuals who you had selected to interview for
22 the competitive announcement.  Correct?
23  A If I remember the conversation correctly,
24 he said that he did look at the individuals, um,
25 but the best qualified was Mr. Bullock.

Joseph Banco
November 16, 2020

165

```
1        A    I think that's the status of this case.
2        Q    Okay.  And I appreciate that.  And I --
3   let me just ask one quick follow-up question.  So
4   that we're all on the same page, I understand, you
5   don't think that there's maybe any evidence, or
6   sufficient evidence, however you want to describe
7   it, there's not evidence -- I haven't shown you
8   evidence of racism, but you do admit that you
9   believe, now that you've looked at this evidence,
10  that Mr. Bovino clearly favored Mr. Bullock and
11  that's why he selected Mr. Bullock over Mr. Joyner
12  and Mr. Williams for the division chief of
13  operational programming position in New Orleans
14  sector.  Correct?
15       A    Correct.
16       Q    Okay.  I'm going to show you a document,
17  um, I'm going to mark it as Exhibit 6.
18                (Exhibit 6 was marked for
19           identification.)
20  BY MR. VOGELTANZ:
21       Q    It's a two-page document.  It was
22  produced in response to Request for Production No.
23  4.  And, um, it's an email.  I presume that it was
24  produced specifically for this case.  I received it
25  from the government.  But originally, the email is
```