

| | |
|---|---|
| **From:** | BOVINO, GREGORY K |
| **To:** | HUDSON, RICHARD M |
| **Subject:** | RE: DC Matrix Updated 5/7/18 |
| **Date:** | Thursday, May 10, 2018 2:03:09 PM |

Just talked to Banco, and he is canceling everything

---

**From:** HUDSON, RICHARD M
**Sent:** Wednesday, May 09, 2018 12:37:13 PM
**To:** BOVINO, GREGORY K
**Subject:** RE: DC Matrix Updated 5/7/18

Use this reason: (direct from MRO)

*Applicants certified did not possess desired skillset** (popular response)*

Richard M. Hudson
Deputy Chief
Operational Programs
Law Enforcement Operations Directorate
U.S. Border Patrol Headquarters
(202) 344-1956 office
(202) 644-2232 cellular

**From:** HUDSON, RICHARD M
**Sent:** Wednesday, May 9, 2018 1:23 PM
**To:** BOVINO, GREGORY K <GREGORY.K.BOVINO@CBP.DHS.GOV>
**Subject:** RE: DC Matrix Updated 5/7/18

Tell Joe to cancel the list via your MRO. I would have them notify HQ WFM. You will need to come up with a reason. I'll see if I can get some of the most used reasons. In a brief right now.

Richard M. Hudson
Deputy Chief, Operational Programs
US Border Patrol Headquarters
Law Enforcement Operations Directorate
202 344 1956 Office
202 644 2232 Cellular
RICHARD.M.HUDSON@CBP.DHS.GOV

---

**From:** BOVINO, GREGORY K
**Sent:** Wednesday, May 09, 2018 1:01:09 PM
**To:** HUDSON, RICHARD M

RPD 21

**Subject:** RE: DC Matrix Updated 5/7/18

Rich,

Gave it some thought, and I think it would be best to cancel the list and wait 90 days. Rivet is acting Division Chief already and he can continue in that role. I don't think the announcement received the attention it should've, and we will make more of an effort to recruit the right pool of candidates. How do I go about canceling the list at this point?

Greg

---

**From:** HUDSON, RICHARD M
**Sent:** Wednesday, May 09, 2018 9:34 AM
**To:** BOVINO, GREGORY K <GREGORY.K.BOVINO@CBP.DHS.GOV>
**Subject:** RE: DC Matrix Updated 5/7/18

You can do that but remember since you have a list, you have to wait 90 days to reannounce.

Richard M. Hudson
Deputy Chief
Operational Programs
Law Enforcement Operations Directorate
U.S. Border Patrol Headquarters
(202) 344-1956 office
(202) 644-2232 cellular

---

**From:** BOVINO, GREGORY K
**Sent:** Wednesday, May 9, 2018 9:33 AM
**To:** HUDSON, RICHARD M <RICHARD.M.HUDSON@CBP.DHS.GOV>
**Subject:** RE: DC Matrix Updated 5/7/18

Roger. I may re-announce the whole position which will also send a statement to NLL staff which may need "rebalancing".

---

**From:** HUDSON, RICHARD M
**Sent:** Wednesday, May 09, 2018 9:32 AM
**To:** BOVINO, GREGORY K <GREGORY.K.BOVINO@CBP.DHS.GOV>
**Subject:** RE: DC Matrix Updated 5/7/18

Yeah.. you are the CPA... your call. You will be signing off.

Richard M. Hudson

Deputy Chief
Operational Programs
Law Enforcement Operations Directorate
U.S. Border Patrol Headquarters
(202) 344-1956 office
(202) 644-2232 cellular

---

**From:** BOVINO, GREGORY K
**Sent:** Wednesday, May 9, 2018 9:27 AM
**To:** HUDSON, RICHARD M <RICHARD.M.HUDSON@CBP.DHS.GOV>
**Subject:** FW: DC Matrix Updated 5/7/18

I discussed with Hastings and he is ok with me holding selections.  Banco is not on board however.

---

**From:** BANCO, JOSEPH A
**Sent:** Tuesday, May 08, 2018 1:11 PM
**To:** BOVINO, GREGORY K <GREGORY.K.BOVINO@CBP.DHS.GOV>
**Subject:** RE: DC Matrix Updated 5/7/18

Chief,

We have eceived an extension.  Do you want to participate in the interviews?  We are doing them telephonically.  We have schedule to top six for a week from Monday.  Over two days.   I am on leave Weds to Weds and then have retirement training and the quarterly firearms quals.  I had Terri organizing the interviews.  I can send you the questions for review. If you would like to discuss the matrix let me know when it is convenient for you.  I am not going anywhere for leave,  my son is coming down from DC.

Joe


Joseph A. Banco Jr.
(Acting) Chief Patrol Agent
New Orleans Sector
U.S. Border Patrol
Office: 504-376-2802
CELL: 504-442-4260

---

**From:** BOVINO, GREGORY K
**Sent:** Tuesday, May 08, 2018 10:44:42 AM
**To:** BANCO, JOSEPH A
**Subject:** RE: DC Matrix Updated 5/7/18

Joe

**0017**

Good morning.  I'd like to hold off on making any selections until I can get in on the process.  Do we need to ask for an extension on this or do we have time?  Thank you

Greg

---

**From:** BANCO, JOSEPH A
**Sent:** Tuesday, May 08, 2018 4:30:48 AM
**To:** BOVINO, GREGORY K
**Subject:** FW: DC Matrix Updated 5/7/18

Chief,

I know you have other things to worry about, but just wanted to pass on the matrix.  We plan on interviewing the top six:

| |
|---|
| Billings, Eric Alexander |
| Williams, Randolph |
| Rodriguez, Jose Vicente |
| Rodriguez, Samuel J. |
| Joyner, Jon |
| Rivet, Robert W. |

Hope that Beth is doing better.

Joe

Joseph A. Banco Jr.
Acting Chief Patrol Agent
New Orleans Sector
U.S. Border Patrol
423 Canal Street, Suite 409-L
New Orleans, LA 70130
Office: 504-376-2802
CELL: 504-442-4260
joseph.a.banco@dhs.gov
joseph.banco@dhs.sgov.gov

This message contains information intended only for the addressee named above. If you believe you have received this email in error, please notify the sender immediately.

---

**From:** PEDREGON, TERESA (NLL)
**Sent:** Monday, May 7, 2018 12:50 PM
**To:** BANCO, JOSEPH A <JOSEPH.A.BANCO@CBP.DHS.GOV>

**Subject:** DC Matrix Updated 5/7/18
**Importance:** High

Attached is the matrix with all CBP 360s.  The natural break occurs at 32.  This means we will interview 6 applicants.

Teresa Pedregon | (Acting) Deputy Chief Patrol Agent | CBP | New Orleans Sector | O: 504-376-2803 | C: 504-202-1030