EXHIBIT P

TCA 100/15.2.3-C



2430 South Swan Road
Tucson, Arizona  85711

**U.S. Customs and Border Protection**

July 9, 2018

MEMORANDUM FOR:   Gregory K. Bovino
                  Chief Patrol Agent
                  New Orleans Sector

FROM:             Christopher S. Bullock
                  Deputy Patrol Agent in Charge
                  Tucson Sector Intelligence Unit

SUBJECT:          Lateral Reassignment / Hiring Flexibilities

Please accept this memorandum as an official request for a lateral reassignment from my current position as a Deputy Patrol Agent in Charge (DPAIC), GS-1896-13, Tucson Sector Intelligence Unit to Division Chief, GS-1896-14, New Orleans Sector, should the position be available.  I previously served in a permanent GS-1896-14 position as the Deputy Patrol Agent in Charge for the Imperial Beach Border Patrol Station (BPS), in San Diego Sector from November, 2012, to November, 2014.  This request is in compliance with the Hiring Flexibilities and Recruitment Memorandum dated November 22, 2005, and CBP Directive 51335-015A, entitled Tri-Bureau Merit Promotion Plan, dated October 9, 2009.  Should this transfer be approved, I request that full permanent change of station (PCS) benefits be provided by the agency.

During my 20+ years of Border Patrol service, I have served in multiple leadership capacities across the southwest border.  I take pride in that I have served in first, second, and third-line leadership positions in the field, and currently serve in a third-line leadership position by supporting sector command and field commanders in an intelligence role.  As a DPAIC at the Imperial Beach Station, the most complex operating environment within San Diego Sector, I commanded all uniformed land border and coastal border patrol, training, administrative support, and plain-clothed intelligence and enforcement operations at some point during my tenure.  As the DPAIC of the Tucson Sector Intelligence Unit (TCA/SIU), I command the largest, most progressive intelligence unit in the Border Patrol.  My experience in the arenas of cyber intelligence, license plate reader targeting, human source development/management, and plain-clothed organic and task force operations is would be valuable in the continued progression of New Orleans Sector operations.  I am familiar with large-scale operations requiring collaborative efforts within the agency and with other agency partners.  I am familiar with the administration and related budget planning for both a station environment and a sector component.  All of my experience has been achieved through field and leadership positions at large stations across four large southwest border sectors.

A description of my job experience is included in an attached copy of my most recent resume.  Please feel free to contact me at (520) 940-5426 (cell) or (520) 519-7066 (office).  Your consideration is greatly appreciated.

# Christopher S. Bullock
7121 W. Lone Flower Dr., Tucson, AZ 85743
520-519-7066 (w) 520-940-5426 (c)
christopher.s.bullock@cbp.dhs.gov
Security Clearance: Top Secret/SCI

---

Country of Citizenship: United StatesPermission to contact all supervisors: Yes

## INTENT

Provide CBP with a highly skilled leader capable of guiding a team in a comprehensive effort focused on the core missions of our organization in securing our nation's borders and setting a path leading toward the most professional and premier law enforcement agency in the country.

## PROFESSIONAL EXPERIENCE

**U.S. Border Patrol – Tucson Sector Intelligence Unit****11/2014 to present**
2430 S. Swan Road Tucson, AZ 85711Salary: $136,000
Supervisor: Miguel A. Leon, Patrol Agent in Charge50+ hours per week
520-748-3003 (desk) 520-307-8586 (cell)

**Deputy Patrol Agent in Charge, GS-1896-13**

Responsibility:
I serve as the Deputy Patrol Agent in Charge of the Tucson Sector Intelligence Unit (SIU), the largest intelligence unit in the U.S. Border Patrol. I was brought in to the SIU due to my reputation as a strong leader that could drive day-to-day operations and serve as an effective problem solver.

Scope/Complexity:
I oversee all collections activities and the intelligence operations of up to 230 permanent and detailed personnel across the sector. Included in this team, I lead six Special Operations Supervisors and 19 Supervisory Border Patrol Agents-Intelligence. I ensure that the priorities of the Chief Patrol Agent and SIU Patrol Agent in Charge are communicated within the SIU and to our key partners: Homeland Security Investigations, Federal Bureau of Investigation, Drug Enforcement Administration, Bureau of Alcohol, Tobacco, Firearms and Explosives, Office of Field Operations, and other state, local and tribal agencies. Within a $300K+/- budget, I planned and instituted fiscal policies to implement intelligence operations in accordance with federal law and higher headquarter directives and provided optimum support for asset acquisition, distribution and accountability, fiscal planning and programming, funds distribution and management, budget administration, material management and economic analysis assistance.

Accomplishments:
- I led the implementation of the Tactical Target Classification Module (TTCM) and accompanying Collections Matrix across all Tucson Sector Stations. The TTCM is an easy to understand and user friendly program that provides station commanders the ability to prioritize targets within their respective areas of responsibility (AOR) and rank them based on their risk/threat. The Collections Matrix provided commanders the ability to assign tasks, using all available assets, in

- efforts to degrade and/or dismantle Transnational Criminal Organizations (TCO) within their AORs. Both documents are fluid in nature, and amended as the threats and TCOs tactics, techniques and procedures (TTP) change and/or adapt to blue force operations. The creation of the TTCM led to greater intelligence understanding by field commanders, and stronger partnerships between intelligence and field operations.
- I managed the institution of the Tucson Sector Intelligence Unit's (TCA/SIU) Smuggling Interdiction Group (SIG). The SIG is a plain-clothed investigative and interdiction unit comprised of Border Patrol Agents-Intelligence and one Homeland Security Investigations (HSI) Special Agent; and is focused on the degradation and dismantlement of illicit smuggling operations that span across multiple station AORs within Tucson Sector (TCA). SIG bridges the gap between reactive interdiction and long-term investigations. SIG was created using approximately 1/3 of the manpower formerly assigned to task forces and became instrumental and successful in focusing on Border Patrol targets, rather than those targets prioritized by other agencies. Field Patrol Agents in Charge (PAIC) found more value in SIG operations than having agents assigned to task force assignments. Any SIG operations that led to longer term investigations were turned over to the appropriate investigative agency. SIG unit success led to enhanced coalitions with TCA stations and operational programs.
- I managed the creation of the TCA/SIU training plan. Using available intelligence training provided by the Office of Training and Development and an "on the job" training syllabus created by seasoned intelligence agents, a training matrix was created for all uniformed and non-uniformed SIU personnel. Basic and advanced training programs were identified and personnel were prioritized for certain courses based on needs and/or identified specialties. The training matrix ensured that the right personnel were provided the training relevant to their position and specialty, and led to a well-trained and well-balanced workforce.
- I developed, recommended to the Chief Patrol Agent, and executed an operational plan to dismantle a target who was providing law enforcement communications interception capabilities to several TCOs operating in the TCA AOR. The intercepted communications posed a serious officer safety threat to agents working in the field. Working with the Foreign Operations Branch and Government of Mexico (GoM) partners, the target was rendered ineffective.
- Relevant to multi-jurisdictional and bi-national operations planning, I ensured that intelligence reports were prepared timely, provided to Sector commanders, and disseminated appropriately. Consequent to said operations, I ensured that significant incidents were reported in accordance with policy and to provide command staff awareness.
- **OBP Headquarters Detail – July-September 2015**: During my tenure as a DPAIC, I was requested to detail to OBPHQ for 90 days to assist standing up the National Frontline Recruitment Command, during which I achieved the following:
    - Drafted multiple Issue Briefs for submission to the Commissioner's Office for the adaptation of modern recruitment strategies and review of outdated policies to streamline national recruitment practices.
    - Met with senior staff at the Minneapolis Hiring Center to assist with reorganization of the organizational structure and division of duties as they related to national recruitment, plans of execution, and reporting procedures.
    - Provided staff with policy guidance and direction related to challenging policies related to entry-level hiring.
    - Assisted Border Patrol Sectors, Field Offices, and AMO Branches with the creation of their individual national recruitment strategies, advertisement, and budget requests.
    - For my efforts with the National Frontline Recruitment Command, I was awarded a Letter of Achievement from Assistant Commissioner Linda Jacksta.

**U.S. Border Patrol – Imperial Beach Station**          11/2012 to 11/2014
1802 Saturn Blvd., San Diego, CA 92154                    Salary: $139,000
Supervisor: Gregory Bovino, Patrol Agent in Charge        50+ hours per week
202-480-7403 (office), 202-325-3932 (cell)

**Deputy Patrol Agent in Charge, GS-1896-14**

Responsibility:
I was selected as a Deputy Patrol Agent in Charge for the Imperial Beach, California Station. I ensured that the policies and strategies of the Patrol Agent in Charge and the Chief Patrol Agent of the San Diego Sector were successfully implemented within the Imperial Beach Station's Area of Operation, which consists of approximately six miles of land border and 60 miles of coastal border.

Scope and Complexity:
I managed uniformed enforcement operations, plain-clothed abatement units, coastal enforcement, intelligence operations, and administrative support for the station, which consisted of 413 sworn agents and four mission support civilian employees. The station operated on an approved annual budget of approximately $150,000 excluding fleet.

Accomplishments:
- During border and road maintenance operations, I coalesced interests of local stakeholders into operational planning in efforts to maximize Border Patrol Agent safety and public interest to the extent possible lending to a positive working environment for the agents and a more positive public outlook on the Border Patrol.
- By taking a "no nonsense" approach to addressing personnel complaints and disciplinary issues, I developed unprecedented relationships with union officials, collaboratively resolving station problems. This led to significantly increased morale and sector-leading low levels of union grievances in comparison to other stations.
- I built a cohesive team of Watch Commanders who committed to thinking "outside the box", planning operations in furtherance of station and Sector goals. I gave them the flexibility to implement their own operational intuitiveness to address station threats. This "monitoring" style of leadership, rather than micromanagement, gave the Watch Commanders and first-line supervisors a sense of ownership and feeling of worth. Station leadership and agents alike developed an intrinsic motivation to perform to the best of their abilities resulting in a more efficient and effective workforce.
- I collaborated with senior managers of local HSI offices, to include Human Smuggling and the Maritime Task Force, and led an intelligence and abatement team consisting of approximately 60 Border Patrol Agents, 12 first-line supervisors, three second-line managers, and one Lead Border Patrol Agent. As part of our seamless operations with HSI, it was incumbent upon me to review and submit registration of Sources of Information (SOI) and Confidential Informants (CI), the parole of CIs, SOI and CI vouchers for payment (source funding/G-722), Administrative Subpoenas and Employment Authorization Document (EAD) requests. Additionally, I was charged with the oversight of Imperial Beach Station Agents detailed to DEA/OCDETF, HSI BEST and USMS task forces. Under my leadership, multiple controlled deliveries were successfully carried out resulting in the indictment of the top four members of the Imperial Beach Station's and San Diego Sector's highest-ranking threat.

Christopher S. Bullock                                                                     Page 4

**U.S. Border Patrol – Tucson Station**                          10/2011 to 5/2012
2430 S. Swan Rd., Tucson, AZ 85711                               Salary: $118,000
Christopher Geoffroy, Acting Patrol Agent in Charge              50+ hours per week
520-471-5025 (cell)

**Acting Assistant Patrol Agent in Charge, GS-1896-13**

Responsibility:
For eight months, I was the Acting Assistant Patrol Agent in Charge (APAIC) of the Tucson Border Patrol station. This station is situated in the center of some of the most complex and dynamic border security issues in the country. I was responsible for oversight and management of all enforcement operations, in an effort to secure the station's 23.5 miles of International border.

Scope/Complexity:
As the Acting Assistant Patrol Agent in Charge, I directed an operation that encompassed over 675 personnel with multiple levels of supervision, to include two, one Special Operations Supervisor, fourteen Field Operations Supervisors, and approximately 80 Supervisory Border Patrol Agents. Considered a "jumbo station" under the new command structure, the APAIC position was upgraded to a GS-14 Deputy PAIC position shortly after my detail ended.

Accomplishment:
- During my first month acting in the capacity of the Acting APAIC, I focused on a deficiency in outreach to the local ranchers. Reaching out to the stakeholders within the community is the first step in a successful community engagement program, and I capitalized on the opportunity to improve our working relationship. With the Ranch Liaison Supervisor, I visited many ranchers in the field in preparation for the institution of planned quarterly meetings with the ranchers within Tucson station's area of operations. The first quarterly rancher liaison meeting was held in November 2011 and over twenty-five area ranchers attended. The inaugural gathering was very productive and the ranchers were extremely appreciative of the outreach effort. The quarterly meetings have continued since and the meetings are still considered a success by all parties involved.

**U.S. Border Patrol – Tucson Station**                          6/2009 to 11/2012
2430 S. Swan Rd., Tucson, AZ 85711                               Salary: $118,000
Christopher Geoffroy, Assistant Patrol Agent in Charge           50+ hours per week
520-471-5025 (cell)

**Field Operations Supervisor, GS-1896-13**

Responsibility:
As a Field Operations Supervisor, I was charged with managing field operations across 23.5 miles of International border, three tactical checkpoints, and review of case processing for thousands of illegal entrants and dozens of criminal principals.

Scope and Complexity:
I led uniformed enforcement operations for a patrol group consisting of 12 Supervisory Border Patrol Agents and approximately 80 Border Patrol agents. I successfully managed the execution and subsequent reporting of countless significant incidents, field interdictions, and criminal prosecutions.

Accomplishments:
- Temporarily promoted to Acting Special Operations Supervisor for 11 months.
  - Coordinated Operation "Trident" which facilitated the joint operations between USDOI and USF&WS to effectively interdict traffic traversing federally protected lands. This was effective in that the ease of development of probable cause using all agencies' authorities allowed for quick interdiction of any illegal traffic.
  - Led integration and further development of sector intelligence unit with patrol group operations giving greater visibility to the importance of intelligence collection by the field agents as it turns into actionable intelligence after analysis.
- Developed a tiered sub-unit system which implemented the even rotation of junior agents through all of the operational aspects/duties in the Tucson Station's AOR. Senior agents were afforded the opportunity to work preferred zones, which allowed them to develop field intelligence for actionable response by the station's patrol groups. Consequently, this system created a superior level of positive morale on my patrol group in comparison to others within the station.
- I implemented a collateral intelligence unit within the patrol group, which developed a standard of intelligence operations that other patrol groups adopted.
- I liaised with numerous federal, state, local and tribal partners in a strategic plan to ensure a collaborative effort aimed at targeting criminal elements operating in our joint or adjacent areas of responsibility with a focus on consequences for actions

**Other Positions Held:**

- Supervisory Border Patrol Agent, Tucson AZ	2/2007 - 6/2009
- Senior Patrol Agent, El Centro, CA, Brownsville, TX and Tucson, AZ	2/2002 - 2/2007
- Border Patrol Agent, El Centro, CA	11/1997 - 2/2002
- Team Leader, U.S. Army, 82nd Airborne Division	01/1993 - 11/1995

**OBP Headquarters Detail:** As a first-line supervisor I was selected to detail to the National Recruitment Team for nine months. As part of a massive hiring initiative, I was responsible for supervising a team of six agents who were tasked with coordinating and executing recruitment events in several locations across the United States. Generally, these locations were those that were difficult for sectors to fund and staff. I reported to OBPHQ through a Program Manager and an Assistant Chief. Some of my duties were as follows:
- Supervised the selection of and planning for recruitment venues based on population, viable applicant pool, and historical success.
- Managed manpower for site surveys and recruitment events, and the associated travel.
- Generated requisitions for necessary supplies and funding for recruitment operations.
- Supervised recruitment events and associated logistics and reporting.
- Liaised with the Minneapolis Hiring Center to acquire appropriate administrative support for events and after action reporting.
- Drafted performance appraisals based on recruitment team member performance.

**SPECIAL SKILLS**

- Leadership development courses
- Proficiency in second language (Spanish)
- Continued operational success
- Sustained superior performance

- Outstanding interpersonal skills and ability to communicate
- Knowledge of pertinent federal laws, rules, regulations and policies
- Extensive resource management experience

## AWARDS, HONORS, AND RECOGNITION

- Rated as "Achieved Excellence" during tenures as Deputy Patrol Agent in Charge for the Imperial Beach, CA station and Tucson Sector Intelligence Unit.
- Letter of Achievement awarded by Assistant Commissioner Linda Jacksta for national recruitment efforts.

**EDUCATION:**   **California State University Fullerton**
Fullerton, California US
Some College Coursework Completed – (12/1991)
3 Semester Hours
Major: Business Administration

**Palomar Community College** (1991-1992 & 1996-1997)
San Marcos, California US
Some College Coursework Completed
40 Semester Hours
Major: Administration of Justice

**University of Texas, Brownsville** (2004)
Brownsville, Texas US
Some College Coursework Completed
12 Semester Hours

**Temecula Valley High School**
Temecula, California US
High School Diploma - 6/1991
Major: General Studies