Case 2:19-cv-12841-GGG-DMD    Document 114-18    Filed 04/11/22

Brian S. Hastings
November 6, 2020



1

```
 1                UNITED STATES DISTRICT COURT
 2                EASTERN DISTRICT OF LOUISIANA
 3    RANDOLPH WILLIAMS III
 4              Plaintiff,
 5
          v.                      CIVIL NO. 2:19-CV-12841
 6
 7    KEVIN K. MCALEENAN, ACTING
 8    SECRETARY, UNITED STATES
 9    DEPARTMENT OF HOMELAND
10    SECURITY
11              Defendant.
12    * * * * * * * * * * * * * * * * * * * * * * * *
13    TRANSCRIPT OF THE VIDEO CONFERENCE DEPOSITION OF:
14                    BRIAN S. HASTINGS
15    TAKEN ON BEHALF OF THE PLAINTIFF, REPORTED IN THE
16    ABOVE ENTITLED AND NUMBERED CAUSE BY KARLA H.
17    MAYERS, CERTIFIED COURT REPORTER FOR THE STATE OF
18    LOUISIANA.
19    * * * * * * * * * * * * * * * * * * * * * * * *
20          REPORTED AT:
21             13312 L. LANDRY ROAD
22             GONZALES, LOUISIANA  70737
23
24    COMMENCING AT 1:12 P.M. ON NOVEMBER 6, 2020.
25
```

Brian S. Hastings
November 6, 2020

34

```
 1   and that's -- that's all I recall.
 2        Q    All right.  Considering Chief Patrol
 3   Agents Payan, Garcia, Morales, Chavez, and
 4   Villareal, just in case I wasn't clear earlier,
 5   you identify or you perceive them all to be
 6   non-white, Hispanic individuals.  Is that
 7   accurate?
 8        A    Yes, sir.
 9        Q    Okay.  As you sit here today, can you
10   think of any Chief Patrol Agents who are, as you
11   perceive them to be, black by race?
12        A    No, sir.
13        Q    In your 26 years with United States Border
14   Patrol, can you name for me any Chief Patrol Agent
15   ever, that you can remember, who you perceive to
16   be black by race?
17        A    Luis Barker.
18        Q    Barker?
19        A    Yes, sir.
20        Q    And what sector was Mr. Barker the Chief
21   Patrol Agent of?
22        A    Laredo Sector.
23        Q    And do you know when he served,
24   approximately, as Chief Patrol Agent?
25        A    Would have been around '96, '97 time
```

```
 1   frame.  I -- I worked for him.  Then I was in
 2   Cotulla Station.
 3        Q    Other than Mr. Barker, can you think of
 4   any other Chief Patrol Agents at any time during
 5   your career that have been black?
 6        A    No, sir.
 7        Q    All right.  In your 26-career history with
 8   Border Patrol, to the best of your memory as of
 9   now, who has been the highest ranking black border
10   patrol agent within the entire organization?
11        A    Chief Barker.
12        Q    Okay.
13        A    He retired as the Deputy of Border Patrol.
14        Q    Okay.  Do you have any idea approximately
15   when he retired?
16        A    No, sir, I can't recall.
17        Q    Okay.  Within the last ten years or no?
18        A    Probably around ten years ago.
19        Q    Okay.  As you sit here today, can you name
20   for me any GS-15 -- that's a bad question.  Strike
21   that.  As you sit here today, can you name for me
22   any agents who occupied GS-15 positions or above,
23   which would include the SES positions, who you
24   perceive to be black?
25        A    No, sir.
```

1  Q   When was the last time that you can
2  remember any agent occupying a GS-15 position or
3  above who was black?
4  A   Chief Barker.
5  Q   And other than Mr. Barker, can you think
6  of anyone within your 26 years with Border Patrol
7  who has occupied a position of GS-15 or above who
8  has been black?
9  A   No, sir.
10 Q   As you sit here today, can you name for me
11 any agents who occupied the position of GS-14 and
12 who are black?
13 A   Yes, sir, Sam Briggs out of the Corpus
14 Christi station here in Rio Grande Valley and
15 Maurice, Mo, Gill, GS-14, Assistant Chief, Border
16 Patrol Headquarters.  And that's all I can think
17 of right off the top of my head.
18 Q   If I understand correctly, Mr. Gill
19 recently retired.  Correct?
20 A   He did, yes.
21 Q   Yeah.  Mr. Briggs, is he -- but he -- Mr.
22 Briggs still works for Border Patrol.  Correct?
23 A   Yes, sir.
24 Q   Okay.  And is he -- what is his position?
25 He's a Division Chief, a P-A-C?

Brian S. Hastings
November 6, 2020

37

1    A    Patrol Agent in Charge, PAIC.
2    Q    Do you know when he assumed that position?
3    A    No, sir, I don't.
4    Q    Okay. Was he in that position when you
5    became the Chief Patrol Agent of Rio Grande
6    Valley?
7    A    Yes, sir.
8    Q    Other than Mr. Briggs -- well, strike
9    that. I'm going to discount Mr. Gill because he's
10   retired. Other than Mr. Briggs, can you think of
11   any Border Patrol agents currently employed by
12   Border Patrol today that occupied the position of
13   GS-14 and who are black?
14   A    Mr. Briggs, as I said, and then Shelly
15   Lubin is up at -- L-u-b-i-n, Lubin, is an
16   Assistant Chief Border Patrol Headquarters, as
17   well.
18   Q    Do I understand correctly that Assistant
19   Chief reports to an Associate Chief at Border
20   Patrol Headquarters?
21   A    Correct.
22   Q    And the Associate Chiefs then report to --
23   is it the Chiefs of the Directorates?
24   A    Deputy Director Chief.
25   Q    I'm sorry. Deputy Director. I don't --

Brian S. Hastings
November 6, 2020

38

```
 1   I'm sorry.  I don't understand.
 2        A    So you have -- in each division at Border
 3   Patrol Headquarters, you have a Chief of
 4   Operations or a Chief of Strategic Planning, a
 5   Chief, and then you have a Deputy Chief, Associate
 6   Chiefs, Assistant Chiefs.
 7        Q    Perfect.  So the Associate Chiefs report
 8   to the Deputy Chief of the divisions, or the
 9   directorates.  Is that accurate?
10        A    Yes, sir.
11        Q    Okay.  Do you know how long Ms. Lubin has
12   occupied her position of Assistant Chief?
13        A    I'm not sure, no, sir.
14        Q    All right.  And do I understand correctly
15   that the Assistant Chiefs are typically classified
16   as GS-14, and the Associate Chiefs are typically
17   classified as GS-15?  Is that correct?
18        A    Yes, sir.
19        Q    All right.  I'm not trying to aggravate
20   you with these kind of nuance questions, but I
21   want to be -- I want to understand it when I go
22   back and I read the record.  So as of today, other
23   than Mr. Briggs and Ms. Lubin, can you think of
24   any other border patrol agents who occupy the
25   position of GS-14 and who are black?
```

Brian S. Hastings
November 6, 2020

39

```
1        A    No.  That's the ones I can think of off
2    the top of my head, most whom I've worked with.
3        Q    And based on my prior questioning, I
4    assume that I know the answer to these questions,
5    but, again, I want it to just be clear on the
6    record.  As you sit here today, you cannot think
7    of any Border Patrol Agent who is black who has
8    ever been an Assistant Chief at Headquarters.
9    Correct?
10       A    If I understand your question correctly,
11   yes, there are Assistant Chiefs who are -- who are
12   African-American at Border Patrol Headquarters.
13   Was that your question?
14       Q    I probably tripped myself up.  I really
15   meant to say Associate Chief.  If I didn't say
16   that, I'm sorry.  I'll re-ask the question.  As
17   you sit here today, you cannot think of any black
18   border patrol agents who have ever held the
19   position of Associate Chief at Headquarters.
20   Correct?
21       A    Not that I'm aware of.
22       Q    Okay.
23       A    Actually, I strike that.  Mo Gill was
24   acting Associate Chief for me for quite sometime
25   but not permanent.
```

Brian S. Hastings
November 6, 2020

40

1  Q   Understood.  Other than Mr. Gill, you
2  can't think of anyone else.  Is that accurate?
3  A   That's accurate.
4  Q   All right.  Was Mr. Barker ever a Chief of
5  a directorate at Headquarters, or he moved from
6  Chief Patrol Agent directly to Deputy Chief of the
7  Border Patrol?
8  A   To the best of my knowledge, he went from
9  Chief of -- Chief in the field to Deputy at
10 Headquarters.
11 Q   And just to put a pin on it, then, and
12 then I think I have everything that I need, as you
13 sit here today, you can't think of any black
14 Border Patrol Agents who have ever been assigned
15 as Chiefs of any of the divisions or directorates
16 at Border Patrol Headquarters.  Is that correct?
17 A   Not to my knowledge.
18 Q   Okay.  Can you think of any sectors within
19 Border Patrol in which the Division Chief position
20 is classified as less than a GS-14?
21 A   Not that I'm aware of.
22 Q   So at least, as far as you're aware of, it
23 would be accurate to say that within Border
24 Patrol, all Division Chief positions are at least
25 classified as a GS-14 or above.  Correct?

Brian S. Hastings
November 6, 2020

41

```
 1        A    I believe they're all GS-14 or above.
 2        Q    All right.  To your knowledge, was Mo Gill
 3   ever a Division Chief for any sector?
 4        A    Not to my knowledge.
 5        Q    To the best of your knowledge, is
 6   Ms. Lubin -- has she ever been a Division Chief
 7   for any sector?
 8        A    I don't know.
 9        Q    Okay.  To the best of your knowledge,
10   Mr. Briggs, has he ever been assigned as a
11   Division Chief of any sector?
12        A    Not to my knowledge.
13        Q    So notwithstanding Ms. Lubin, because you
14   don't know one way or the other, would it be
15   accurate to say that you cannot -- well, strike
16   that.  How about Mr. Barker?  I mean, I presume
17   that at some point he would have been a Division
18   Chief if he became a Chief at some point later on.
19   Right?
20        A    I don't know.  In fact, we -- we just --
21   Division Chief was a recent title added in like --
22   I honestly don't even remember the year, but prior
23   to probably ten years ago or so, we didn't have
24   Division Chiefs.  That was added to our structure.
25        Q    Okay.
```

1      A     So I'm not sure.
2      Q     Understood.  That probably makes my
3  question easier, then, because of the short amount
4  of time.  As you sit here today, can you
5  definitively tell me the name of any black border
6  patrol agent who has ever occupied a Division
7  Chief position at any sector within Border Patrol?
8      A     Yes.  There -- I did -- do recall an
9  African-American, Sam -- I can't remember Sam's
10 last name, but he was out of San Diego.  He
11 retired about two years ago.  I do not recall his
12 last name.  I apologize.
13     Q     That's okay.  But I just want to make
14 sure.  That's -- you're not thinking of Sam
15 Briggs.  Correct?
16     A     No.
17     Q     Okay.
18     A     Cannot remember his last name.
19     Q     All right.  Other than Sam -- and, you
20 know, we'll find out his last name later.  But
21 other than Mr. Sam, can you identify for me any
22 Border Patrol Agent who is black who has ever
23 occupied a Division Chief position in any sector?
24     A     That's the only one I'm aware.
25     Q     Okay.  Is it correct to say that each

Brian S. Hastings
November 6, 2020

43

```
 1  sector has at least two Division Chiefs?
 2       A    I believe every sector does.  Some have
 3  three.  Larger sectors like mine have three, but I
 4  believe most have at least two.
 5       Q    Okay.  So at the very least, then, you
 6  would feel comfortable in saying that for as long
 7  as the Division Chief title has existed, maybe
 8  about ten years or so, there would have always
 9  been around 40 or more Division Chiefs given that
10  there were 20 sectors and each sector had at least
11  two Division Chief positions.  Is that fair?
12       A    Around about 40.
13       Q    Okay.  And over this kind of ten-year
14  period of time, you can only remember one black
15  agent who was a Division Chief among these 40 or
16  so positions.  Is that correct?
17       A    That's correct.
18       Q    Have you ever thought about that before?
19  Have you ever thought about why, apparently, black
20  agents are underrepresented within kind of the
21  GS-14 and above positions of Border Patrol?
22            MS. GUTIERREZ:
23                 Objection.  It's calling for
24       speculation.  Are you asking him to speculate?
25       Because you're assuming -- the question
```

```
 1      A     We just interviewed them Tuesday.  Yes.  I
 2  don't personally know them, but we interviewed
 3  them.
 4      Q     For what position?
 5      A     Patrol Agent in Charge, Kingsville.
 6      Q     And, obviously, I'm not going to tell
 7  anybody, but have you made a decision yet in that
 8  position?
 9      A     We have.
10      Q     Did either one of those men get the job?
11      A     Sam is an alternate, but neither are
12  primary.
13      Q     Okay.  Oh, you know what?  That's -- thank
14  you for saying that, because that's on my list to
15  talk about anyway.  Typically, when a selection
16  for a promotion is made, the selecting official
17  would make a selection, and then the selecting
18  official would also make a backup or an alternate
19  selection in case the primary didn't clear vetting
20  or didn't accept or, you know, couldn't take the
21  position for some reason.  Is that accurate?
22      A     Correct.
23      Q     Okay.  And is that something that is -- is
24  that just something that's typical, by custom, or
25  is there actually a policy that kind of directs
```

```
 1   that to happen, if it's possible to happen?
 2        A    I'll say it's policy, but it varies from
 3   Chief to Chief.  It was Chief Provost's policy to
 4   have an alternate provided as well.
 5        Q    Okay.  So at least when this announcement
 6   was happening in May of 2018, Ms. Provost was
 7   still the Chief.  Correct?
 8        A    Yes.
 9        Q    Yeah.  And so that would have been policy
10   at the time.  Correct?
11        A    Yes.
12        Q    All right.  And, obviously, we see -- I
13   mean, you can see -- you can agree with me, --
14   disagree, if you would like, I guess --
15   Christopher Bullock is not on the matrix.
16   Correct?
17        A    I don't see his name, no.
18        Q    Yeah.  Yeah.  That's -- he's not.  It's
19   not a trick question.  I just wanted it for the
20   record.  All right.  Okay.  The last thing I want
21   to show you from Exhibit 2 is -- the final e-mail,
22   meaning the most recent e-mail, on Exhibit 2 is
23   from Mr. Bovino to Mr. Hudson on Thursday May 10
24   indicating that he had spoken to Mr. Banco, and
25   Mr. Banco was canceling -- he uses the word
```

```
 1    than that?
 2         A    Due process, as I just explained.
 3         Q    All right.  Let's presume that the due
 4    process played out.  Let's say Mr. Bovino admits,
 5    you know, "Yeah, I have race-based attitudes in
 6    the workplace."  What's his punishment?
 7         A    We don't have room for that.
 8         Q    Exactly.  And yet, after receiving this
 9    e-mail, we have a response from Mr. Bovino, one
10    minute later, immediate -- an immediate response.
11    One minute later, "Oh, jeez," all capital letters,
12    "delete," four exclamation points.  So, clearly,
13    reading this, Mr. Bovino has no doubt that it's an
14    inappropriate e-mail.  That's fair.  Correct?
15         A    It appears that way.
16         Q    Do you know -- did Mr. Bovino ever
17    investigate this apparent race-based e-mail sent
18    by Mr. Bullock?
19         A    I don't know.
20         Q    Do you know if Mr. Bovino did anything to
21    investigate or punish Mr. Bullock other than
22    telling him to delete the evidence?
23         A    I don't know.
24         Q    Now that you know this, are you going to
25    open or recommend to Headquarters that an
```

```
 1   investigation be opened into Mr. Bovino and
 2   Mr. Bullock?
 3        A    Mr. -- Mr. Bullock I have to report now if
 4   it hasn't been reported already.
 5        Q    Well, I'll let you talk with Sandra and
 6   Drew when we get off here, but I don't think it's
 7   ever been reported, and so I will look forward to
 8   hearing more about Border Patrol's official
 9   investigation into this matter.  And I appreciate
10   your candor about that.
11             MR. VOGELTANZ:
12                  I'll tell you what.  Let's take a
13        five-minute break while I kind of compose my
14        last documents.  I don't have too much more,
15        maybe about 30 minutes.
16             MS. GUTIERREZ:
17                  Okay.
18                  (RECESS TAKEN)
19   BY MR. VOGELTANZ:
20        Q    Mr. Hastings, we just came back from a
21   little break.  I think there's just a couple of
22   other e-mails that I want to show you, and then I
23   want to talk to you about a couple of other little
24   things and I think that that will be it.  And I
25   appreciate your time today.
```