

EXHIBIT U

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RANDOLPH WILLIAMS III**<br><br>Plaintiff,<br><br>v.<br><br>**ALEJANDRO MAYORKAS, SECRETARY, DEPARTMENT OF HOMELAND SECURITY**<br><br>Defendant. | CIV. NO. 2:19-CV-12841-GGG-DMD<br>Consolidated with:<br>CIV. NO. 2:19-CV-14234<br><br>This Document Pertains to No. 19-14234 |

### DECLARATION OF JON JOYNER

I, Jon P. Joyner, am over the age of 18 years, and declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing facts are true and correct to the best of my knowledge and recollection:

1. I am the named plaintiff in this lawsuit, *Joyner v. Wolf*, No. 2:19-CV-14234, currently pending in the United States District Court for the Eastern District of Louisiana.

2. I was employed by United States Customs and Border Protection, United States Border Patrol, from 1996 until my retirement in August 2021.

3. Throughout my career, I have occasionally served as a recommending official for the promotion or hire of other, subordinate USBP agents. Throughout my career, I have been promoted myself several times.

4. Based on my experiences as both a recommending official and candidate for promotion, I am knowledgeable about the process by which USBP selects agents for various promotions and other personnel actions. I have personally created various scoring matrixes for the purpose of scoring applicants for different vacancies, promotions, and job announcements.

I am familiar with the sort of matrix attached as Exhibit 1 to this declaration, entitled the "Kepner-Tregoe Exercise" ("the Matrix").

5. It is not difficult for me to score myself on the Matrix. These sorts of matrixes are meant to be objectively scored based on past work and job postings within USBP. Thinking back to my employment history and experiences in 2018 after I entered on duty as the Patrol Agent in Charge ("PAIC") of Gulfport Station in New Orleans Sector, I would have scored 41 points on the Matrix based on the following metrics:

- Supervisory Field Experience: 6 points (I previously held the position of Watch Commander at Tucson Station on a permanent basis)

- Command Experience: 6 points (I was currently serving as the PAIC of Gulfport Station at the time)

- Perm. Assignment Diversity: 9 points (I had served on multiple US borders – the Southwestern, Southern, and Coastal borders)

- Leadership Training: 0 points (I did not have any of the listed qualifications, although I had previously applied for those sorts of opportunities)

- Temp. Promotion / Acting: 10 points (I had previously served as the Acting Division Chief of Ramey Sector at the same time I held the permanent position of Deputy Patrol Agent in Charge of Ramey Station)

- Formal Education: 0 points (I did not have any of the listed qualifications)

- HQ OBP Experience: 0 points (I did not have any of the listed qualifications)

- Sector Staff Experience: 10 points (I had previously served as the permanent Division Chief of Ramey Sector)

- External Leadership Assignments: 0 points (I did not have any of the listed qualifications)

6. Furthermore, to the best of my recollection, the version of my resume attached to this Declaration as Exhibit 2 would have been the accurate version of my resume when I applied for the Division Chief position in New Orleans Sector in approximately April 2018.

7. Of note, when I applied for Division Chief of New Orleans Sector, I had previously served as the Acting Assistant Patrol Agent in Charge of Tucson Station in Tucson Sector from for approximately two years in 2011 and 2012, supervising approximately 600 USBP agents including four Watch Commanders, two Special Operations Supervisors, four Field Operations Supervisors, and sixty other supervisory USBP agents. For part of this time, I directly supervised Christopher Bullock.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed on this day, April 11, 2022.

*Jon Joyner*
50EED44C91944E3
Jon P. Joyner

# KEPNER-TREGOE EXERCISE

**EXHIBIT 1**

Candidate: _____  Rating Official: _____  Date: _____

Position: _____  Total Score: _____

Location: _____  Ranking: _____

| | | 0-5 | Total | |
|---|---|---|---|---|
| Supervisory Field Experience | 2 x | 4 | | 1 SBPA<br>2 SOS/FOS<br>3 WC |
| Command Experience (Permanent) | 3 x | 6 | | 1 DPAIC<br>2 PAIC<br>3 DCPA<br>4 CPA |
| Perm. Assignment Diversity | 3 x | 9 | | 1 Multiple Stations<br>2 Multiple Sectors<br>3 Multiple Borders |
| Leadership Training | 2 x | 0 | | 1 SLCP<br>2 CBP LI/Developmental Assignment<br>3 War/Military College<br>4 SES CDP/Developmental Assignment |
| Temp. Promotion/Acting (90 days or more) | 2 x | 10 | | 1 SBPA/OO<br>2 SOS/FOS/WC/ASC<br>3 ACPA/EO/DPAIC<br>4 PAIC<br>5 ACC/DC (Sector)<br>6 DCPA/DDC (HQ OBP)<br>7 CPA/DC (HQ OBP) |
| Formal Education | 2 x | 0 | | 1 Associates degree<br>2 Bachelor's degree<br>3 Master's degree<br>4 Doctorate |
| HQ OBP Experience (Permanent) | 3 x | 0 | | 1 Ops Officer<br>2 Assistant Chief<br>3 Associate Chief<br>4 Deputy Division Chief<br>5 Division Chief |
| Sector Staff Experience | 2 x | 4 | | 1 Ops Officer<br>2 SOS<br>3 Executive Officer<br>4 Assistant Chief Patrol Agent<br>5 Division Chief |
| External Leadership Assignments (Permanent or Temporary of 90 days or longer) | 1 x | 0 | | JTF<br>ATC<br>ACTT<br>IACP<br>Foreign Positions<br>OA leadership assignments |

Totals Added For Overall Score _____



WILLIAMS 209

# Jon Patrick Joyner
**5066 Longbow Drive Kiln, MS 39556**
**Day/Evening Phone: 520-345-3302**
Jon.P.Joyner@cbp.dhs.gov



## SUMMARY OF EXPERIENCE:

| | |
|---|---|
| Patrol Agent in Charge | 03/2018 to Present |
| Division Chief | 08/2017 to 03/2018 |
| Acting Patrol Agent in Charge/ | |
| Deputy Patrol Agent in Charge (GS 1896-13) | 11/2016 to 08/2017 |
| Watch Commander (GS 1896-14) | 09/2012 to 11/2016 |
| Special Operations Supervisor (GS 1896-13) | |
| Tucson Border Patrol Station (SOS) | 01/2012 to 09/2012 |
| Sonoita Border Patrol Station (SOS) | 01/2011 to 01/2012 |
| Adjutant to Chief Patrol Agent (GS 1896-13) | 09-2011 to 04-2012 |
| Field Operations Supervisor (GS-1896-13) | 06/2006 to 1/2011 |
| Supervisory Border Patrol Agent (GS-1896-12) | 7/2004 to 6/2006 |
| Border Patrol Agent (GS-1896-7/9/11) | 08/1996 to 7/2004 |

## WORK EXPERIENCE:

**Patrol Agent in Charge**
**(GS 1896-13)**                                                                 **03/2018 to Present**
**Gulfport Border Patrol Station**
**Supervisor: Teresa Pedregon, Division Chief (504) 202-1030**

I am currently assigned as the Patrol Agent in Charge (PAIC) of the Gulfport Station in New Orleans Sector. In this assignment, I am responsible for all operational and administrative functions for the station. I am responsible for and oversee the deployment of personnel and resources within the station's operating environment. I collaborate with other law enforcement agencies in the targeting of transnational criminal organizations attempting to utilize Gulfport Station's area of responsibility to further their criminal enterprise. As PAIC, I represent the Chief Patrol Agent and the agency with outside law enforcement components and ensure that agency goals and interests are met. I engage with the local community, taking a proactive approach to improving the relationship between the Border Patrol and the community with the goal of reducing their tolerance of criminal activity.

I have oversight of the station Stonegarden Program as well as Treasury Forfeiture Fund (TFF), which further assists local agencies in securing assets and monies through high impact forfeiture. Since my arrival as PAIC, I have expanded the TFF program and have added additional partners to the program. I have established several task forces with other agencies including the U.S. Marshal's Service, Homeland Security Investigations and D'Iberville, MS Police Department and have established a station prosecutions team that works in conjunction with the United States Attorney's Office with the goal of delivering the maximum consequence to criminal offenders. I implemented a strategic planning team at the station to address gaps and prioritize the most vulnerable areas within the operating domain. I streamlined several processes at the station in an effort to organize and centrally locate key information. As PAIC, I have sought to develop my staff by working with them to assess their current skillsets; identifying and addressing areas of improvement and helping them establish goals and objectives for their careers. I have also implemented policies at the station to ensure that agents and staff have clear understanding of the strategic plan and are operating legally and within Department guidelines.

**Division Chief**

1

**0009**

**(GS 1896-14)**                                                                           **08/2017 to 03/2018**
**Ramey Sector**
**Supervisor: Xavier Morales, CPA (787) 890-4902**

I was formerly assigned as the Division Chief (DC) for Law Enforcement Operations in Ramey Sector. In this capacity, I oversaw all law enforcement operations for Ramey Sector and, with the assistance of other DHS components, collaborated to leverage the capabilities of numerous federal, state and local agencies against the criminal element operating within the environment. On a daily basis, I coordinated with counterparts at other federal, state and local law enforcement agencies in an effort to secure the 360-degree maritime borders of the islands in Ramey Sector's area of responsibility.

I briefed the Ramey Sector Chief Patrol Agent daily on an array of different topics and ensured that he received the most current and accurate information on activity in the operating environment.

As DC I briefed the leadership of numerous law enforcement agencies including the Commissioner, Customs and Border Protection, Chief, U.S. Border Patrol, Commander, United States Coast Guard and the Director, Air and Marine Operations. As part of my duties, I provided a briefing to the Chief, U.S. Border Patrol and all Border Patrol Sector Chiefs at a quarterly Chief's Strategic Meeting held in San Juan, PR that clearly articulated existing vulnerabilities to terrorism in Puerto Rico, the U.S. Virgin Islands and the eastern seaboard of the United States and justified the need for additional staffing and technology. I subsequently oversaw the successful deployment of that staffing and technology to locations around Puerto Rico, St. Thomas, St. Croix and St. John. This, leveraged with the capabilities of partner- agency- assets of the United States Coast Guard and Puerto Rico Maritime Police, had a tremendous impact on the transnational criminal organizations attempting to exploit the coastal border and resulted in several significant seizures and arrests.

I represented the Ramey Sector Chief Patrol Agent and/or the U.S. Border Patrol in numerous meetings with other agencies, both within and outside of CBP. As DC, I provided monthly briefings to the Unified Command of the Caribbean Border Interagency Group (CBIG), a partnership of federal, state and local law enforcement agencies who operate in the Caribbean. I also led meetings internationally along with agency attachés with leadership of the Haitian National Police and Ministry of Interior and Police (Dominican Republic National Police). I have also given briefings to numerous political representatives including members of United States Congress and the Puerto Rico Resident Commissioner.

I also played a key role in the response and recovery efforts in the aftermath of Hurricane Maria in Puerto Rico in 2017. I was designated as Operations Section Chief responsible for planning and was charged with managing all operations and progress related to the CBP-led effort to include ensuring the welfare of personnel, coordinating operations at the local level and making on the spot decisions as the complex incident rapidly changed.

**Acting Patrol Agent in Charge/ Deputy Patrol Agent in Charge**
**(GS 1896-13**)                                                      **11/2016 to 08/2017**
**Ramey Border Patrol Station**
**Supervisor: Xavier Morales, CPA (787) 890-4902**

I was formerly assigned as the Deputy Patrol Agent in Charge of the Ramey Station but served in the role of Acting Patrol Agent in Charge since my arrival on duty at this location. In this capacity, I was responsible for all operational and administrative functions for the station. I also liaised with other law enforcement agencies in support of the unique challenges of patrolling the border in a maritime environment. I had oversight of all Ramey Station personnel, both uniformed and civilian, and was responsible for representing the Station and its interests in daily briefings with senior CBP leadership and other high-level government officials both inside

and outside of the organization. In my time as (A) PAIC I streamlined several processes at the station in an effort to organize and centrally locate key information. I also implemented a tracking system for overtime earnings in an effort to better monitor and prevent misuse or miscalculation of government time. In addition, I began a system for tracking the many maritime smuggling events that Ramey Station Agents encounter to in an effort to better organize and monitor the events as they occur. I also initiated an "Employee of the Month" program at the station in an effort to raise morale and recognize the superior performance of our employees.

**Watch Commander (GS 1896-14)** 09/2012 to 11/2016
**Tucson Border Patrol Station**
**Supervisor: Jennifer Barreras-Rawls, PAIC (520) 514-4701**

I served as a Watch Commander at the Tucson Border Patrol Station for over four years. In this capacity I served as a senior leader and supervised a patrol group of over 120 Border Patrol Agents and Supervisors. I provided guidance to senior station and sector managers relating to station operations and managed day-to-day operations in the field and station as they occurred. I monitored and advised senior station and Tucson Sector leadership on all current operations, critical incidents and special operations. I helped facilitate the planning and coordination of operational functions and activities for the Tucson Station. I managed administrative matters that crossed organizational and internal division lines, and facilitated open communication between patrol groups and surrounding Border Patrol Stations while ensuring Station strategic goals were met and agents were operating within policy.

Key accomplishments include the following:
- In an effort to increase prosecutions and operational effectiveness, I led an initiative to provide report writing classes, coordinated ride-alongs for the United States Attorney's Office, and engaged first and second line supervisors to focus efforts enhancing prosecutorial efforts. The results were an increase in the success rate of prosecutions.
- By adjusting the deployments of field units and ensuring synergy with the specialty units, I was able to lead operational changes that brought the station's operational effectiveness to an unprecedented level.
- Represented the agency and the station at community meetings with local ranchers and stakeholders in an effort to improve relations. This effort resulted in the Tucson Station having unprecedented access to private property and increased trust in the community.

**Special Operations Supervisor (GS 1896-13)**
**Tucson Border Patrol Station (SOS)** 01/2012- 09/2012
**Sonoita Border Patrol Station (SOS)** 01/2011-01/2012
**Tucson Supervisor: Lloyd Easterling, DC (956) 289-4811**
**Sonoita Supervisor: Michael Hyatt, PAIC (520) 432-5121**

I was responsible for coordinating and leading all specialty units at the Sonoita Station and later all specialty units at Tucson Station. I had direct oversight of the ATV unit, sensor unit, mountain team, Border Awareness and Intelligence Team (BAIT), ASID and the station Intelligence Unit. During my tenure, I reduced the time frame of the rotations of each specialty detail to reduce management vulnerabilities, expedited the maturation of our workforce, developed agents and maximized the efficiencies of each unit. I worked collaboratively with the station bargaining unit leadership to ensure the most productive work environment and mitigated concerns before they become larger, systemic challenges. The specialty teams were a large contributing factor to increases in the levels of operational control throughout the Sonoita and Tucson Station's Area of Responsibility.

Key accomplishments include the following:

3

**0011**

- I served as the Acting Assistant Patrol Agent in Charge as well as at times, the Acting Patrol Agent in Charge during a leadership transition period. As the Acting Assistant Patrol Agent in Charge, I prepared for the intake of the incoming Patrol Agent in Charge. I led the station through that period led the development of a strategic plan for the incoming PAIC. I provided an overview of the station's operations and challenges to the new PAIC prior to his entrance on duty, and the result was a seamless transition in leadership.

- As Acting Assistant Patrol Agent in Charge for nearly two years, I led a staff of over 600 agents and support personnel comprised of 4 Watch Commanders, 2 Special Operations Supervisor, 4 Field Operations Supervisors, and 60 Supervisory Border Patrol Agents. I was responsible for the day-to-day administrative and operational functions in effort to secure 26.6 miles of the International Boundary and more than 900 square miles of southern Arizona. I had direct oversight of the station's $1.1 million budget and all budgetary planning (ORBBP). I developed, maintained and managed collaborative efforts with law enforcement partners and local stakeholders, to include Federal, state, and local agencies as well as the ranching and farming communities impacted by our enforcement operations. I represented the Patrol Agent in Charge in briefings and meetings with senior leadership.

- I improved labor management relations within the station by meeting regularly with union leadership to brief them on operations and working conditions. As a result, I gained union support and grievances were non-existent during my assignment.

**Adjutant to Tucson Sector Chief Patrol Agent (GS 1896-13)     09-2011 to 04-2012**
**Tucson Sector Headquarters**
**Supervisor: R. Alan Booth, Division Chief (586) 239-2163**

I was assigned as the Adjutant to the Tucson Sector Chief Patrol Agent. In this position, I served as the confidential assistant to the Chief. I monitored the status and progress of long term strategic objectives and projects. I prepared and briefed key operational and administrative information to the Chief, Tucson Sector leadership, as well as external stakeholders. I facilitated and attended stakeholder meetings, participated in Congressional meetings, and served as liaison with Congressional staff. My duties included coordinating all logistical matters related to travel, meetings, and internal/external speaking engagements. I maintained direct contact with the Office of Internal Affairs and the Office of Labor Employee Relations and safeguarded sensitive personnel information. I was responsible for reviewing, prioritizing, and presenting all correspondence routed to the Chief. Key accomplishments include the following:

- I served as the main communicator on behalf of the Chief to all divisions within Tucson Sector Headquarters. I collaborated with all components of CBP as well as managed expectations and relationships with organizational staff to maintain positive working relationships. I absorbed the day-to-day operations and administrative functions of the Tucson Sector Chief Patrol Agent. By removing the reactive aspect of his position, the Chief was able to "look forward" and focus more on vision and strategy for the betterment of the sector. I received a cash awards for my efforts.

- Additionally, I was called upon to train and mentor multiple Adjutants of Tucson Sector Headquarters.

**Field Operations Supervisor (GS-1896-13)                06/2006 –1/2011**
**Sonoita Border Patrol Station**
**Supervisor: Michael Hyatt, Patrol Agent in Charge (520) 432-5121**

As a Field Operations Supervisor (FOS), I was able to perform all the duties required of the position. On a daily basis, I was called upon prepare the shift for daily duties. In addition I reviewed casework, memoranda and forms from agents at the trainee to supervisory level. In this capacity, I ensured that the actions of my subordinates were warranted and that they are within Service policy. To that end, I stayed abreast to policy

changes/updates within the Department of Homeland Security/CBP and must also ensure that these changes are clearly understood by the individual agents under my direction. I also presided over the unit briefing and effectively communicated with the agents and supervisors assigned to my unit. I also reviewed and made changes as necessary to both the daily and biweekly schedules and ensured that sufficient manpower was available to maintain coverage in our area of operations/responsibility. As a Field Operations Supervisor, I also coordinated with Field Operations Supervisors at the surrounding border patrol stations in the vicinity and communicated changes in both strategy and operations in order to effectively carry out the CBP mission. In this position, I also issued numerous orders of removals in administrative and criminal Expedited Removal cases and have reviewed numerous A-files for completeness and accuracy. I also provided the Patrol Agent in Charge and the Assistant Patrol Agent in Charge with accurate information as it relates to field operations and employees. I also ensured that agents assigned to the unit and their supervisors were provided the necessary resources to accomplish their mission.

- I have also served as the station's Administrative FOS. In this capacity I was as the program manager for the station's Intelligence, training, contracts, UAV/UAS, vehicle fleet, sensor, budget, checkpoint and community relations programs. I was also responsible for Sonoita Station's digital transition. Additionally I supervised the station's civilian personnel.

**Supervisory Border Patrol Agent (GS-1896-12)**                              **7/2004-6/2006**
**Naco Border Patrol Station**
**Supervisor: Jeffrey Snavely, Deputy Patrol Agent in Charge (520) 432-5121**

As a Supervisory Border Patrol Agent, I was tasked with assigning daily duties and areas of responsibility. I monitored, documented and appraised subordinate agents under elements established in the Performance Work Plan. I articulated and supported by documented observations, accomplishments and deficiencies of agents under my direction. I identified conduct-related deficiencies and took immediate and appropriate action. I advised employees of noted deficiencies, corrective action required and consequences for failure to meet specified goals. I thoroughly documented, filed and maintained all counseling records. I monitored and recorded performance achievements and took action to ensure that employees were recognized for their accomplishments. I submitted documentation, which may merit promotion, within grade increases, special acts and cash awards. I complied and ensured that all others were in compliance with all safety and health standards applicable to the Service. I also enforced directives and regulations in respect to the Agency's OSHA programs.

**Border Patrol Agent (GS-1896-9/7/11)**                              **08/1996-07/2004**
**Douglas Border Patrol Station**
**Supervisor: Matthew Hudak,  Chief Patrol Agent          (830) 778-7150**

While serving in the capacity of a Journeyman and Senior Patrol Agent, I was able to successfully perform all normal duties of a Border Patrol Agent. These duties included but were not limited to: line watch, sign cutting, sensor response, intelligence gathering and dissemination as well as developing and using informants. I also made liaison with other local, state and federal law enforcement agencies. My duties as a Journeyman and Senior Patrol Agent also included anti-smuggling operations, preparation of both administrative and criminal cases and vehicle seizures. I remain assigned with the enforcement of all federal immigration laws of the United States and am cross-designated in the enforcement of the Controlled Substance Act, the United States Customs and Tariff's Act and the Gun Control Act as they pertain to border enforcement.

As a Journeyman and Senior Border Patrol Agent, I conducted line watch and traffic check operations to prevent, detect and deter illegal entries into the United States. I was also directly responsible for training and overseeing the development of junior agents assigned to the Douglas Station. As a Senior Patrol Agent I was often the most seasoned agent on my unit. As such I was often called upon to assist unit supervisors in maintaining the flow of alien processing and maintaining custody of aliens and their property. I am proficient in

the Spanish language and utilize these skills to effectively direct and interrogate many of the Spanish-speaking aliens that I take into custody. My duties as an agent also gave me the opportunity to become acutely familiar with the due process afforded to all individuals in our custody. As an agent, I also gained valuable experience and have worked diligently to stay within all policies, directives and guidelines when dealing with detainee as well as with the general public.

Additionally, I have also participated in several public relations activities to include a Border Patrol recruitment video. I have also been active in presenting ideas to the various recruitment officers in an attempt to increase positive interest in the Border Patrol and to promote diversity within its ranks.

**EDUCATION & LEADERSHIP TRAINING:**

- B.S Wayland Baptist University Sierra Vista, Arizona Candidate for Graduation
- Management and Leadership
- Incident Management (ICS 300, 400) 2018
- Public Affairs Specialist 2017
- Tucson Sector Field Operations Review Team
- Military Decision Making Process/BP3 2015

**AWARDS & RECOGNITION:**

- Commissioner's Award, 2018
- "Achieved Excellence" performance rating (2006-present)
- Cash Awards (2004-2018)

**OTHER:**

- U.S. Citizen
- Top Secret Security Clearance
- SGT, U.S. Marine Corps (1990-1996)

**REFERENCES:**

| | |
|---|---|
| Xavier Morales, Chief Patrol Agent, Ramey Sector | (787) 890-4901 |
| Teresa Pedregon, Division Chief, New Orleans Sector | (504) 202-1030 |
| Jennifer Barreras-Rawls, Patrol Agent in Charge, Tucson Station | (520) 514-4701 |
| Michael Hyatt, Patrol Agent in Charge, Naco Station | (520) 432-5121 |
| Randolph Williams, Patrol Agent in Charge, New Orleans Station | (504) 376-2884 |
| Maurice Gill Assistant Chief, USBP HQ | (202) 905-1675 |