

| | |
|---|---|
| **From:** | BULLOCK, CHRISTOPHER S |
| **To:** | BOVINO, GREGORY K |
| **Subject:** | FW: Bullock Reassignment Request - New Orleans Sector |
| **Date:** | Monday, August 6, 2018 2:26:59 PM |

I guess Susan is ready…

Chris

**From:** BULLOCK, SUSAN J
**Sent:** Friday, August 03, 2018 2:47 PM
**To:** BULLOCK, CHRISTOPHER S <CHRISTOPHER.S.BULLOCK@CBP.DHS.GOV>
**Subject:** RE: Bullock Reassignment Request - New Orleans Sector



**From:** BULLOCK, CHRISTOPHER S
**Sent:** Tuesday, July 31, 2018 3:22 PM
**To:** BULLOCK, SUSAN J <SUSAN.J.BULLOCK@cbp.dhs.gov>
**Subject:** RE: Bullock Reassignment Request - New Orleans Sector



Chris

**From:** BULLOCK, CHRISTOPHER S
**Sent:** Tuesday, July 31, 2018 3:19 PM
**To:** BULLOCK, SUSAN J <SUSAN.J.BULLOCK@cbp.dhs.gov>
**Subject:** FW: Bullock Reassignment Request - New Orleans Sector



Chris

**From:** KERR-BORNE, CAROL
**Sent:** Tuesday, July 31, 2018 10:37 AM

**To:** BULLOCK, CHRISTOPHER S <CHRISTOPHER.S.BULLOCK@CBP.DHS.GOV>
**Cc:** LEON, MIGUEL A <MIGUEL.A.LEON@cbp.dhs.gov>
**Subject:** RE: Bullock Reassignment Request - New Orleans Sector

Both Sectors concur.  We look forward to working with you!
I will be in touch with MHC and you should see something from them soon.

Regards,

**Carol Kerr-Borne | Supervisory Mission Support Specialist | USBP | New Orleans Sector HQ**
**423 Canal Street, Ste.409 | New Orleans, LA 70130 | Office: 504-376-2822 | Cell: 504-259-5455**

---

**From:** BULLOCK, CHRISTOPHER S
**Sent:** Tuesday, July 31, 2018 11:52 AM
**To:** KERR-BORNE, CAROL <CAROL.KERR-BORNE@CBP.DHS.GOV>
**Cc:** LEON, MIGUEL A <MIGUEL.A.LEON@cbp.dhs.gov>
**Subject:** RE: Bullock Reassignment Request - New Orleans Sector

Ma'am,

I request an EOD date of October 14, 2018 (PP-21).  Thanks again for your assistance!

Chris

---

**From:** KERR-BORNE, CAROL
**Sent:** Tuesday, July 31, 2018 9:20 AM
**To:** BULLOCK, CHRISTOPHER S <CHRISTOPHER.S.BULLOCK@CBP.DHS.GOV>
**Cc:** LEON, MIGUEL A <MIGUEL.A.LEON@cbp.dhs.gov>
**Subject:** RE: Bullock Reassignment Request - New Orleans Sector

Yes, I am back at my desk now.

504-376-2822

---

**From:** BULLOCK, CHRISTOPHER S
**Sent:** Tuesday, July 31, 2018 10:57 AM
**To:** KERR-BORNE, CAROL <CAROL.KERR-BORNE@CBP.DHS.GOV>
**Cc:** LEON, MIGUEL A <MIGUEL.A.LEON@cbp.dhs.gov>
**Subject:** RE: Bullock Reassignment Request - New Orleans Sector

Ms. Kerr-Borne,

Good day, ma'am. Thanks very much for the information. Can I call you for some clarification?

Chris

**From:** KERR-BORNE, CAROL
**Sent:** Tuesday, July 31, 2018 8:53 AM
**To:** BULLOCK, CHRISTOPHER S <CHRISTOPHER.S.BULLOCK@CBP.DHS.GOV>
**Cc:** LEON, MIGUEL A <MIGUEL.A.LEON@cbp.dhs.gov>
**Subject:** FW: Bullock Reassignment Request - New Orleans Sector
**Importance:** High

Good afternoon Sir,
Please see the attached approved lateral transfer request to the New Orleans Sector.
HQ relo team will be in contact with you once you have given me your preferred EOD date. 334 packet must be approved prior to the end of the Fiscal year.
Please advise on your preferred EOD date and I will request concurrence with Chief Bovino and Tucson.


Thank you,

**Carol Kerr-Borne | Supervisory Mission Support Specialist | USBP | New Orleans Sector HQ**
**423 Canal Street, Ste.409 | New Orleans, LA 70130 | Office: 504-376-2822 | Cell: 504-259-5455**

**From:** BOVINO, GREGORY K
**Sent:** Tuesday, July 31, 2018 7:31 AM
**To:** KERR-BORNE, CAROL <CAROL.KERR-BORNE@CBP.DHS.GOV>
**Cc:** BANCO, JOSEPH A <JOSEPH.A.BANCO@CBP.DHS.GOV>; PEDREGON, TERESA (NLL) <TERESA.PEDREGON@CBP.DHS.GOV>
**Subject:** FW: Bullock Reassignment Request - New Orleans Sector

Carol,

Good morning. Chris Bullock is approved for a lateral transfer as of this morning. Please work with USBP MROD to begin the funding/transfer process. Thank you.

Greg Bovino