## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RANDOLPH WILLIAMS, III** | * | No. 19-CV-12841 C/W 19-14234 |
| | | *Applies to No. Both Cases* |
| | * | |
| **VERSUS** | | SECTION "T" (3) |
| | * | |
| **ALEJANDRO MAYORKAS, SECRETARY,** | | **JUDGE GUIDRY** |
| **DEPARTMENT OF HOMELAND** | * | |
| **SECURITY** | | **MAGISTRATE DOUGLAS** |
| * * * | | |

### EX PARTE MOTION TO ENROLL ADDITIONAL COUNSEL

**NOW INTO COURT**, through the undersigned Assistant United States Attorney, comes defendant, Alejandro Mayorkas, Secretary, Department of Homeland Security, who respectfully moves this Honorable Court under LR 83.2.12 to enroll Mary Katherine Kaufman as additional counsel of record. It is further respectfully submitted that Ms. Kaufman's addition to the case will not jeopardize any deadlines.

Ms. Kaufman's mailing and e-mail addresses are as follows:

> Mary Katherine Kaufman, (#32719)
> Assistant United States Attorney
> 650 Poydras Street, Suite 1600
> New Orleans, Louisiana 70130
> Telephone: (504) 680-3008
> Facsimile: (504) 680-3174
> Mary.Katherine.Kaufman@usdoj.gov

1

**WHEREFORE**, defendant, Alejandro Mayorkas, Secretary, Department of Homeland Security, prays that this motion be granted and that Mary Katherine Kaufman be enrolled as additional counsel of record on his behalf.

Respectfully submitted,

DUANE EVANS
UNITED STATES ATTORNEY


  /s/   Sandra Ema Gutierrez
SANDRA EMA GUTIERREZ (LA #17888)
Assistant United States Attorney
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone: (504) 680-3124
Sandra.Gutierrez@usdoj.gov
*Counsel for Alejandro Mayorkas, Secretary, Department of Homeland Security*