MINUTE ENTRY
DOUGLAS, M.J.
MAY 10, 2022

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RANDOLPH WILLIAMS, III** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-12841 (Lead Case)** |
| | **19-14234 (Member Case)** |
| **KEVIN K. MCALEENAN** | **SECTION: "T" (3)** |

 Following discussions among the parties, the above-captioned case has settled. The U.S. District Judge's chambers has been notified. Counsel and the parties are thanked for their cooperation in amicably resolving this matter.

*[signature]*
**DANA M. DOUGLAS**
**UNITED STATES MAGISTRATE JUDGE**

**Court Reporter**: **Jodi Simcox**

MJSTAR: 2:15