## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**RANDOLPH WILLIAMS III**  CIVIL NO. 19-12841
c/w 19-14234

**VERSUS**  SECTION: T(3)

**ALEJANDRO MAYORKAS, SECRETARY,**
**DEPARTMENT OF HOMELAND SECURITY**

## ORDER

The Court having been advised by the Magistrate Judge (R. Doc. 126) that the parties stipulate to the voluntary dismissal without prejudice of all claims asserted by the Plaintiffs in the above captioned lawsuits, Civil Action No. 19-2841 and Civil Action No. 19-14234,

**IT IS ORDERED** that these actions are hereby dismissed without costs, but without prejudice to the right upon good cause shown, to reopen or to seek summary judgment enforcing the compromise if settlement is not consummated within sixty (60) days. During this sixty-day period, the Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties.

New Orleans, Louisiana, this 11th day of May, 2022.

Hon. Greg Gerard Guidry
United States District Judge